NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4849/0600
    Facsimile: (213) 894-6269
    E-mail:    eddie.jauregui@usdoj.gov
            roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-GJS |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR CERTIFICATION OF FACTS AND ISSUANCE OF ORDER TO SHOW CAUSE; DECLARATION OF EDDIE A. JAUREGUI; EXHIBITS; [PROPOSED] ORDER |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eddie A. Jauregui and Roger A. Hsieh, hereby moves this Court for (1) a certification of facts regarding defendants Perfectus Aluminium Inc., Perfectus Aluminum Acquisitions LLC, Scuderia Development LLC, 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC's failure to appear for their initial appearances in this case to answer to an indictment, and (2) an order to show cause why said

defendants should not be held in contempt by reason of the facts so certified.

This motion is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: September 4, 2019          Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 _____/s/_____
                                 EDDIE A. JAUREGUI
                                 ROGER A. HSIEH
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

The Indictment in this case charges three individuals and seven organizational defendants with, among other things, conspiracy to commit wire fraud, customs-related fraud, and international promotional money laundering.  As set forth in the Indictment, the government alleges, among other things, that the conspirators evaded payment of approximately $1.8 billion in customs duties by passing false and fraudulent documents through U.S. Customs from 2011 to 2014.

By and through this motion, the government requests that the Hon. Gail J. Standish, United States Magistrate Judge, certify facts concerning six defendants' failure to appear for their initial appearance date, and issue an order to show cause why said defendants should not be held in contempt.[1]  As set forth below, each of these defendants received summonses to appear before the Court on August 26, 2019, and, thus, had notice of the appearance date.  In addition, as government counsel proffered to the Court on August 26, 2019, an attorney for the six U.S. entities indicated to the government that he and his clients were aware that the entities had been summoned to

---

[1] The six defendants are (1) Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," (2) Perfectus Aluminum Acquisitions, LLC, (3) Scuderia Development, LLC, (4) 1001 Doubleday, LLC, (5) Von Karman-Main Street, LLC, and (6) 10681 Production Avenue, LLC (collectively, the "U.S. entities").  The government refers to these six entities, which are all based in the United States, as the "U.S. entities" to distinguish them from defendant China Zhongwang Holdings Limited, which is a public company listed with the Hong Kong Stock Exchange and headquartered in China.  This distinction is relevant because Rule 4 distinguishes between organizational defendants within judicial districts in the United States and those outside of the jurisdiction of United States courts.  See Fed. R. Crim. P. 4(c)(3)(C)-(D).

appear before the Court on August 26, 2019, but the attorney stated that he had not been authorized by his clients to appear.

## II.   STATEMENT OF FACTS

### A.   The U.S. Entities Were Served With Summonses to Appear

In accordance with Rule 4 of the Federal Rules of Criminal Procedure, the United States delivered summonses to appear before the United States District Court for an initial appearance on August 26, 2019, to each of the U.S. entities by certified mail to the entities' agents for service of process, as registered with the California Secretary of State, or, in one case, by certified mail to an organizational officer.[2]  Copies of the certified mail receipts are attached hereto as Exhibit 1 and reflect that the summonses were received between August 3, 2019, and August 6, 2019.[3]  The government provided these documents to the Court at the hearing on August 26, 2019.[4]

---

[2] The summons to Scuderia Development, LLC was delivered to Zhijie Wang, who has asserted in court filings that she is the CEO and sole shareholder of the sole member of Scuderia Development, LLC. See Dkt. 12, Claim Filed By Defendant, in United States v. Real Property Located at 14600 Innovation Drive, Riverside, California, CV No. 17-01875-DMG.

[3] Attached as Exhibit 2 are print-outs from the website of the California Secretary of State reflecting the designated agent for service of process for each of the U.S. entities.

[4] As the Court may note from the unredacted documents submitted to the Court at the hearing on August 26, 2019, the certified mail receipts for the summonses for Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman-Main Street, LLC, and 10681 Production Avenue, LLC were delivered to an address different from the one listed by the government in the "Article Addressed To" section of the certified mail forms.  The government has confirmed with the United States Postal Inspection Service that Zhijie Wang submitted a Mail Forwarding Change of Address Form to the Postal Service in May 2018 to have all mail forwarded from 2355 Portrait Way in Tustin to the address in Tustin reflected on the certified mail receipts.  (See Ex. 8 (street address redacted pursuant to L.R. 5.2-1)).  Thus, the summonses were correctly delivered.

2

**B.    The Summonses Were Served on Then-Counsel for the U.S. Entities**

On or about August 6, 2019, the United States served these same summonses by certified mail on then-counsel for the U.S. entities, Christie Comerford of the Dilworth Paxson firm.  (See Ex. 3.)  Ms. Comerford and her firm represented the U.S. entities in connection with the government's investigation for approximately one year prior to the unsealing of the Indictment.  On July 31, 2019, the day the Indictment was unsealed, the government contacted Ms. Comerford and asked if she would accept service of the summonses to appear on behalf of the U.S. entities.  Ms. Comerford responded that she would "let [the government] know about service." (Ex. 4.)  When the government did not immediately hear back from Ms. Comerford, it had the summonses delivered to her, in addition to the U.S. entities' agents and/or officer.  Copies of these summonses, with certified mail receipts, were provided to the Court on August 26, 2019.

On August 6, 2019, Ms. Comerford emailed the government noting that she had just received "6 separate packages" addressed to the U.S. entities and stating, for the first time, that "we do not represent these entities and are not authorized to accept service on their behalf." (Ex. 5.)[5]  Ms. Comerford later stated that neither she nor her firm knew who represented the U.S. entities in connection with the Indictment.[6] (Ex. 4.)  To the government's knowledge, Ms. Comerford continues to represent Perfectus in other civil litigation.

---

[5] Ex. 5 has been redacted because the information underlying the redactions discloses Rule 6(e) material.

[6] The U.S. entities were also represented during the investigation by attorney Marc Greenberg.  On August 6, 2019, the government contacted Mr. Greenberg by email to ask if he still

3

**C.  New Counsel for the U.S. Entities Was Aware of the August 26, 2019 Initial Appearance Date**

On or about August 19, 2019, attorney Robert Ruyak of the Ruyak Cherian firm contacted the Attorney General's Office to discuss this case.  The next day, government counsel returned Mr. Ruyak's telephone call.  Among other things, Mr. Ruyak stated that he represented the U.S entities (but not China Zhongwang or the indicted individuals) and that he was aware that his clients had been summonsed for an August 26, 2019, initial appearance.  Mr. Ruyak stated during this call that someone from his firm would be appearing.  Later the same day, Mr. Ruyak contacted the government via email to "clarif[y]" that his clients had made clear to him that neither he nor his firm was authorized to enter an appearance or attend the initial appearances the following Monday.  (See Ex. 7.)[7]

**D.  None of the U.S. Entities Appeared On Their Initial Appearance Date**

None of the U.S. entities appeared Monday, August 26, 2019, for their initial appearances.  After the Court, the Hon. Gail J. Standish, called the matter, the government notified the Court that

---

represented the U.S. entities.  Mr. Greenberg stated that he no longer represented the U.S. entities.  (Ex. 6.)

[7] In this email, Mr. Ruyak stated that during a telephone call, the government asked him whether he or someone from his firm would be attending the initial appearance on August 26, 2019, and that Mr. Ruyak "told [the government] that [he] was not sure when we talked." Respectfully, the government disagrees with this characterization of the discussion.  When the government asked Mr. Ruyak whether he would be appearing, Mr. Ruyak stated that he was in Washington, D.C., but that he had two lawyers in Los Angeles (presumably from his firm), and that someone would be present for the hearing.  Mr. Ruyak later called and emailed to "clarif[y]" that he was retained only to counsel the U.S. entities on a resolution of the case, but was not authorized to appear in criminal proceedings.

4

summonses had been served on each of the U.S. entities and provided copies of the summonses with certified mail receipts to the Court. (Exs. 1, 3.)  The government further described the nature of its contacts with Mr. Ruyak and Ms. Comerford leading to the initial appearance date.  The government noted that it would be asking the Court to issue an order to show cause why civil contempt sanctions should not be imposed on the U.S. entities under Federal Rule of Criminal Procedure 4(a).[8]  The Court indicated that it was inclined to make the factual finding that the entities had been served and asked the government to, among other things, brief the issue whether a magistrate judge could issue such an order, or whether the district judge assigned to the case would need to issue the order.

## III. MAGISTRATE JUDGE'S AUTHORITY

Under the Federal Magistrates Act, 28 U.S.C. § 636(e), federal magistrate judges are authorized to exercise contempt authority in certain limited circumstances.  Here, where the government seeks civil contempt sanctions, the Court's authority is governed by 28 U.S.C. § 636(e)(6)(B)(iii).  Under that provision,

> the magistrate judge shall forthwith certify the facts to a district judge and may serve or cause to be served, upon any person whose behavior is brought into question under this paragraph, an order requiring such person to appear before a district judge upon a day certain to show cause why that person should not be adjudged in contempt by reason of the facts so certified. The district judge shall thereupon hear the evidence as to the act or conduct complained of and, if it is such as to warrant punishment, punish such person in the same manner and to the same extent as for a contempt committed before a district judge.

Id.

---

[8] Rule 4(a) states, in relevant part, that "[i]f an organizational defendant fails to appear in response to a summons, a judge may take any action authorized by United States law."

1   "Under the certification process, the magistrate judge may
2   conduct a hearing, but the magistrate judge functions only to certify
3   the facts and not to issue an order of contempt." Bowens v. Atlantic
4   Maintenance Corp., 546 F. Supp. 2d 55, 71 (E.D.N.Y. 2008) (collecting
5   cases) (internal quotations and citations omitted).  "In certifying
6   the facts under Section 636(e), the magistrate judge's role is to
7   determine whether the moving party can adduce sufficient evidence to
8   establish a prima facie case of contempt." Id. (internal quotations
9   and citations omitted); see also Taberer v. Armstrong World Indus.,
10  Inc., 954 F.2d 888, 903 (3d Cir. 1992) ("[U]nder the statute, the
11  magistrate judge's certification of facts seems designed to serve the
12  function of a charging instrument or pleading for a trial to be held
13  before the district judge.").  "The district court, upon
14  certification of the facts supporting a finding of contempt, is then
15  required to conduct a de novo hearing at which issues of fact and
16  credibility determinations are to be made." Bowens, 546 F. Supp. 2d
17  at 71.

18  **IV.   THE GOVERNMENT HAS ESTABLISHED A PRIMA FACIE CASE OF CONTEMPT**

19  "A party moving for civil contempt must prove that the non-
20  moving party has violated a court order by clear and convincing
21  evidence." Ahearn ex rel. N.L.R.B. v. Int'l Longshore & Warehouse
22  Union, Locals 21 & 4, 721 F.3d 1122, 1129 (9th Cir. 2013).
23  Disobeying an order to appear can result in contempt just as
24  disobeying any other court order. See United States v. Rylander, 714
25  F.2d 996, 1003 (9th Cir. 1983) (criminal contempt).

26  Here, the government has established a prima facie case of
27  contempt.  The evidence establishes that the government properly
28  served summonses to appear on the U.S. entities and, thus, those

entities were on notice of the August 26, 2019 proceeding. Furthermore, counsel for the entities, Robert Ruyak, told the government that he was aware of the initial appearance date.  When Mr. Ruyak notified the government in writing that he would not appear, he indicated that his clients expressly forbade him from entering an appearance.  This fact establishes that the U.S. entities were actually aware of the August 26, 2019 initial appearance date and chose to ignore it.  Taken together, this evidence establishes a prima facie case that the U.S. entities violated a specific and definite order of the Court.

Accordingly, the government requests that the Court certify the following facts and issue an order to show cause why the U.S. entities should not be held in contempt for failure to appear for their initial appearances:

1.    Defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman-Main Street, LLC, and 10681 Production Avenue, LLC were properly served under Federal Rule of Criminal Procedure 4 with summonses to appear before the United States District Court to answer to an Indictment on August 26, 2019, at 2:00 p.m. at the United States Courthouse at 255 E. Temple Street, Los Angeles, California, 90012.  The summonses were served on these defendants via certified mail to the defendants' registered agents for service of process, or in the case of Scuderia Development LLC, to an officer, between August 3, 2019, and August 6, 2019.

2.    An attorney claiming to represent these defendants, Robert Ruyak of the Ruyak Cherian firm, stated that he was aware of the

August 26, 2019, appearance date but that his clients, the "US entities," had "made quite clear" to him that neither he nor his firm had "been retained . . . to enter an appearance and attend on Monday [August 26, 2019]."

3.   None of the aforementioned defendants appeared for their initial appearances at the Royal Federal Building, 255 East Temple Street, Los Angeles, California, in Courtroom 341, on August 26, 2019, at 2:00 p.m., notwithstanding the summonses to appear in that place and on that date and time.

4.   Accordingly, the government has established a prima facie case of contempt by defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman-Main Street, LLC, and 10681 Production Avenue, LLC.

**V.   CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court certify the above facts and issue an order to show cause why the above-listed defendants should not be held in contempt for failing to appear on their scheduled initial appearance date.

### DECLARATION OF EDDIE A. JAUREGUI

I, EDDIE A. JAUREGUI, declare as follows:

1.    I am an Assistant United States Attorney assigned to the matter of United States of America v. Zhongtian Liu et al., CR No. 19-282-RGK.

2.    Attached hereto as exhibits to the government's Motion for Certification of Facts and Issuance of an Order to Show Cause are the following:

a.    Exhibit 1, comprising true and correct copies of the summonses served on defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman-Main Street, LLC, and 10681 Production Avenue, LLC, with proof that the summonses were delivered either to the defendants' agents for service of process or to an organizational officer via Certified Mail. Pursuant to Local Rule 5.2-1, the government has partially redacted a home address from this exhibit.  The government will lodge, but not publicly file, an unredacted exhibit with the Court.

b.    Exhibit 2, comprising print-outs from the website of the California Secretary of State reflecting the names and addresses of the aforementioned defendants' agents for service of process.

c.    Exhibit 3, comprising true and correct copies of the summonses served on then-counsel for defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman-Main Street, LLC, and 10681 Production Avenue, LLC, with proof that the summonses were delivered to said counsel via Certified Mail.

1          d.    Exhibit 4, which is an email dated July 31, 2019

2    between the prosecutors handling this case and then-counsel for the

3    six defendants against whom the government seeks sanctions, Christie

4    Comerford.

5          e.    Exhibit 5, which is an email chain covering various

6    dates, namely August 6 and August 9, 2019, between Christie Comerford

7    and the prosecutors handling this case.  This exhibit has been

8    partially redacted because it discloses Rule 6(e) information.

9          f.    Exhibit 6, which is an email dated August 6, 2019

10   between the government and attorney Marc Greenberg, who previously

11   represented as local counsel the six defendants against whom the

12   government is seeking sanctions.

13         g.    Exhibit 7, which is an email chain dated August 20,

14   2019 between the government and attorney Robert Ruyak.  In this email

15   regarding Perfectus Aluminum, Mr. Ruyak states that he represents the

16   "US entities."  He further "clarif[ies]" a prior conversation between

17   himself and government counsel by stating that "[i]t has now been

18   made quite clear to me by my clients that I have not been retained,

19   nor has my firm, to enter an appearance and attend on Monday.  So far

20   my retention is limited to representing the US entities in meeting

21   with DOJ to attempt to resolve this matter."

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1    h. Exhibit 8, which is a copy of an Official Mail

2 Forwarding Change of Address form submitted by Zhijie Jasmine Wang to

3 the United States Postal Service in October, 2018.  Pursuant to Local

4 Rule 5.2-1, the government has partially redacted a home address not

5 previously and publicly disclosed from this exhibit.  That address is

6 the same address to which the summonses to Scuderia Development, LLC,

7 1001 Doubleday, LLC, Von Karman-Main Street, LLC, and 10681

8 Production Avenue, LLC were delivered.  The government will lodge,

9 but not publicly file, an <u>unredacted</u> copy of this exhibit with the

10 Court.

11   I declare under penalty of perjury under the laws of the United

12 States of America that the foregoing is true and correct and that

13 this declaration is executed at Los Angeles, California, on September

14 4, 2019.

15

16

17

18      EDDIE A. JAUREGUI

19

20

21

22

23

24

25

26

27

28

3

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-GJS |
|---|---|
| Plaintiff, | EXHIBIT 1 TO GOVERNMENT'S MOTION FOR CERTIFICATION OF FACTS AND ISSUANCE OF ORDER TO SHOW CAUSE |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendant. | |

Summons

# United States District Court

## For The

## Central District of California

UNITED STATES OF AMERICA,              )
                                       )
              Plaintiff,              )          Case No. CR 19-282-RGK
                                       )
            v.                              )          **SUMMONS TO APPEAR**
                                       )
PERFECTUS ALUMINIUM, INC.,             )
                                       )
             Defendant.             )

**TO:**    c/o CT Corporation System
        818 West Seventh Street, Suite 930
        Los Angeles, Calif., 90017

     You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   Duty Magistrate   on   August 26, 2019  

at   2:00 p.m.   to answer to an   Indictment   charging you with violating

    SEE ATTACHED.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage P...)*

For delivery information visit our website at www.usp...

OFFICIAL US...

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006    See Reverse...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PERFECTUS ALUMINIUM, INC.
C/O CT CORPORATION SYSTEM
818 WEST SEVENTH STREET, SUITE 930
LOS ANGELES, CALIF., 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CT CORPORATION SYSTEM    ☐ Agent   ☐ Addressee
818 West Seventh Street
B. Received by (Printed Name)   C. Date of Delivery
Los Angeles, CA 90017    AUG 05 2019

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
  ☒ Certified Mail  ☐ Express Mail
  ☐ Registered  ☐ Return Receipt for Merchandise
  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number *(Transfer from service label)*    7008 1140 0002 8669 0785

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

Summons

# United States District Court
## For The
### Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. CR 19-282-RGK |
| | ) |
| v. | ) **SUMMONS TO APPEAR** |
| | ) |
| PERFECTUS ALUMINUM | ) |
| ACQUISITIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

**TO:**   c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE, 19801

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   Duty Magistrate   on   August 26, 2019

at   2:00 p.m.   to answer to an   Indictment   charging you with violating

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage P...)*

For delivery information visit our website at www.usp...

OFFICIAL US...

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PERFECTUS ALUMINUM ACQUISITIONS, LLC
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Deliver...

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

RECEIVED
AUG 0 6 2019
CT CORPORATIC...

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)      7008 1140 0002 8669 0808

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-154

Summons

# United States District Court
## For The
## Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR 19-282-RGK |
| | ) | |
| v. | ) | **SUMMONS TO APPEAR** |
| | ) | |
| SCUDERIA DEVELOPMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**   c/o Zhijie Wang, Agent of Service of Process
2355 Portrait Way
Tustin, Calif., 92782

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   Duty Magistrate   on   August 26, 2019

at   2:00 p.m.   to answer to an   Indictment   charging you with violating

SEE ATTACHED.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Pr...)*

For delivery information visit our website at www.usps...

OFFICIAL US...

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse...

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCUDERIA DEVELOPMENT, LLC
C/O ZHIJIE WANG,
AGENT OF SERVICE PROCESS
2355 PORTRAIT WAY
TUSTIN, CALIF., 92782

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                              ☒ Addressee

B. Received by (Printed Name)    C. Date of Deliver...

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:  ☒ No

   Tust. CA

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandis...
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 1140 0002 8669 0822

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-15

Summons

# United States District Court
## For The
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. CR 19-282-RGK |
| | ) |
| v. | ) **SUMMONS TO APPEAR** |
| | ) |
| 1001 DOUBLEDAY, LLC, | ) |
| | ) |
| Defendant. | ) |

**TO:** c/o Zhijie Wang, Agent of Service of Process
2355 Portrait Way
Tustin, Calif., 92782

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   Duty Magistrate   on   August 26, 2019

at   2:00 p.m.   to answer to an   Indictment   charging you with violating

SEE ATTACHED

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Pro*

For delivery information visit our website at www.usps.com

O F F I C I A L   U S

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006         See Reverse

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

1001 DOUBLEDAY, LLC
C/O ZHIJIE WANG,
AGENT OF SERVICE OF PROCESS
2355 PORTRAIT WAY
TUSTIN, CALIF., 92782

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Tustin CA

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 1140 0002 8669 0846

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-15

Summons

# United States District Court

## For The

## Central District of California

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )       Case No. CR 19-282-RGK
                                         )
          v.                             )       **SUMMONS TO APPEAR**
                                         )
VON KARMAN - MAIN STREET, LLC,           )
                                         )
                    Defendant.           )

**TO:**    c/o Zhijie Wang, Agent of Service of Process
           2355 Portrait Way
           Tustin, Calif., 92782

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable __Duty Magistrate__ on __August 26, 2019__

at __2:00 p.m.__ to answer to an __Indictment__ charging you with violating

SEE ATTACHED.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage P*

For delivery information visit our website at www.usp

OFFICIAL U

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VON KARMAN - MAIN STREET, LLC
C/O ZHIJIE WANG,
AGENT OF SERVICE OF PROCESS
2355 PORTRAIT WAY
TUSTIN, CALIF., 92782

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M H                              ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    8/3/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Tustin  CA

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)      7008 1140 0002 8669 0754

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-154

Summons

# United States District Court

## For The

## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR 19-282-RGK |
| Plaintiff, ) | |
| ) | **SUMMONS TO APPEAR** |
| v. ) | |
| ) | |
| 10681 PRODUCTIÓN AVENUE, LLC, ) | |
| ) | |
| Defendant. ) | |

**TO:**  c/o Zhijie Wang, Agent of Service of Process
2355 Portrait Way
Tustin, Calif., 92782

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable _ Duty Magistrate _ on _ August 26, 2019 _

at _ 2:00 p.m. _ to answer to an _ Indictment _ charging you with violating

SEE ATTACHED

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage)*

For delivery information visit our website at www.usp

OFFICIAL U

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse

7008 1140 0002 8669 0877

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

10681 PRODUCTION AVENUE, LLC
C/O ZHIJIE WANG,
AGENT OF SERVICE OF PROCESS
2355 PORTRAIT WAY
TUSTIN, CALIF., 92782

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Tustin CA

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 1140 0002 8669 0877

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-15

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-GJS |
|---|---|
| Plaintiff, | EXHIBIT 2 TO GOVERNMENT'S MOTION FOR CERTIFICATION OF FACTS AND ISSUANCE OF ORDER TO SHOW CAUSE |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendant. | |

# State of California
## Secretary of State

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**FJ03534**

# FILED

In the office of the Secretary of State
of the State of California

### JAN-10 2017

| 1. | CORPORATE NAME |
|----|----------------|
| | PERFECTUS ALUMINIUM INC. |

| 2. | CALIFORNIA CORPORATE NUMBER |
|----|------------------------------|
| | C3731422 |

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|------|-------|----------|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| | 1001 S DOUBLEDAY, ONTARIO, CA 91761 | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| | 1001 S DOUBLEDAY, ONTARIO, CA 91761 | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---------|------|-------|----------|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| | JACKY CHEUNG | 1001 S DOUBLEDAY, ONTARIO, CA 91761 | | | |
| 8. | SECRETARY | | | | |
| | JACKY CHEUNG | 1001 S DOUBLEDAY, ONTARIO, CA 91761 | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |
| | JACKY CHEUNG | 1001 S DOUBLEDAY AVE, ONTARIO, CA 91761 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|----|------|---------|------|-------|----------|
| 10. | JACKY CHEUNG | 1001 S DOUBLEDAY AVE, ONTARIO, CA 91761 | | | |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. | NAME OF AGENT FOR SERVICE OF PROCESS |
|-----|--------------------------------------|
| | C T CORPORATION SYSTEM |

| 15. | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|-----|-------------------------------------------------------------------------------------|------|-------|----------|

**Type of Business**

| 16. | DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|-----|--------------------------------------------------|
| | ALUMINUM PRODUCTS TRADING |

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/10/2017 | JACKY CHEUNG | CEO | |
|------------|--------------|-----|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

Delaware.gov           Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters](#)

| | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| HOME | |
|---|---|
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | |
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | |
| Delaware Laws Online | |
| Name Reservation | |
| Entity Search | |
| Status | |
| Validate Certificate | |
| Customer Service Survey | |
| **INFORMATION** | |
| Corporate Forms | |
| Corporate Fees | |
| UCC Forms and Fees | |
| Taxes | |
| Expedited Services | |
| Service of Process | |
| Registered Agents | |
| GetCorporate Status | |
| Submitting a Request | |
| How to Form a New Business Entity | |
| Certifications, Apostilles & Authentication of Documents | |

| | | | |
|---|---|---|---|
| File Number: | **5655183** | Incorporation Date / Formation Date: | **12/10/2014** (mm/dd/yyyy) |
| Entity Name: | **PERFECTUS ALUMINUM ACQUISITIONS, LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status   ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]      [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# State of California

## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

97
QC

**FILED**
Secretary of State
State of California

**SEP 0 6 2013**

NF
PC  $21 √ | 20 deposit 9/9/13

This Space For Filing Use Only

---

**1. LIMITED LIABILITY COMPANY NAME**

Scuderia Development, LLC
2549 Eastbluff Drive, Suite 385
Newport Beach, CA 92660

---

| File Number and State or Place of Organization | |
|---|---|
| 2. SECRETARY OF STATE FILE NUMBER **200730010174** | 3. STATE OR PLACE OF ORGANIZATION (if formed outside of California) **Delaware** |

---

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

---

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 2549 Eastbluff Drive, Suite 385 | Newport Beach | | CA 92660 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 2549 Eastbluff Drive, Suite 385 | Newport Beach | | CA 92660 |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE 2549 Eastbluff Drive, Suite 385 | Newport Beach | CA | 92660 |

---

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME Zhijie Wang | ADDRESS 2549 Eastbluff Drive, Suite 385 | CITY Newport Beach | STATE | ZIP CODE CA 92660 |
|---|---|---|---|---|

---

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | | | | |
|---|---|---|---|---|
| 9. NAME Zhijie Wang | ADDRESS 2549 Eastbluff Drive, Suite 385 | CITY Newport Beach | STATE | ZIP CODE CA 92660 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |

---

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

| 12. NAME OF AGENT FOR SERVICE OF PROCESS CT Corporation System   C016 Y406 | | |
|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA   ZIP CODE |

---

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
Investments

---

| 15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT. | | |
|---|---|---|
| 9/3/13. | Zhijie Wang | CEO |
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2013)     APPROVED BY SECRETARY OF STATE

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

17-A09020

**FILED**

In the office of the Secretary of State
of the State of California

JUL 03, 2017

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

1001 DOUBLEDAY, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200828810091 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |
| b. Mailing Address of LLC, if different than item 4a<br>2549 Eastbluff Dr Ste 385 | Newport Beach | CA | 92620 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Business Consulting |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/03/2017 | Zhijie Wang | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

17-A09032

**FILED**

In the office of the Secretary of State
of the State of California

JUL 03, 2017

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

VON KARMAN - MAIN STREET, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200908910123 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |
| b. Mailing Address of LLC, if different than item 4a<br>2323 Main Street | Irvine | CA | 92614 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
property investment

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/03/2017 | Zhijie Wang | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐          ⌐

Company:

Address:

City/State/Zip: ∟          ⌐

LLC-12 (REV 01/2017)                    Page 1 of 1                    2017 California Secretary of State
www.sos.ca.gov/business/be

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

17-A09029

**FILED**

In the office of the Secretary of State
of the State of California

JUL 03, 2017

**IMPORTANT** — Read instructions before completing this form.

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

10681 PRODUCTION AVENUE, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200925210158 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2549 Eastbluff Drive Ste 385 | Newport Beach | CA | 92620 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
property investment

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/03/2017 | Zhijie  Wang | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐          ⌐

Company:

Address:

City/State/Zip: ∟          ⌐

1 | NICOLA T. HANNA
United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
4 | ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
5 | Major Frauds Section
       1100 United States Courthouse
6 |     312 North Spring Street
       Los Angeles, California 90012
7 |     Telephone: (213) 894-4849/0600
       Facsimile: (213) 894-6269
8 |     E-mail:     eddie.jauregui@usdoj.gov
                   roger.hsieh@usdoj.gov
9 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

10 |

11 |                  UNITED STATES DISTRICT COURT

12 |            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,        No. CR 19-282-RGK-GJS

14 |           Plaintiff,             EXHIBIT 3 TO GOVERNMENT'S MOTION
                                      FOR CERTIFICATION OF FACTS AND
15 |           v.                     ISSUANCE OF ORDER TO SHOW CAUSE

16 | ZHONGTIAN LIU ET AL.,

17 |           Defendant.

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Summons

# United States District Court

## For The

### Central District of California

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )          Case No. CR 19-282-RGK
                                   )
          v.                       )          **SUMMONS TO APPEAR**
                                   )
PERFECTUS ALUMINIUM, INC.,         )
                                   )
                    Defendant.     )
                                   )

**TO:**   c/o Christie Callahan Comerford
          Dilworth Paxson LLP
          1500 Market Street, Suite 3500E
          Philadelphia, PA, 19102

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   __Duty Magistrate__   on   __August 26, 2019__

at   __2:00 p.m.__   to answer to an   __Indictment__   charging you with violating

SEE ATTACHED.



# United States District Court
## For The
### Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR 19-282-RGK |
| | ) | |
| v. | ) | **SUMMONS TO APPEAR** |
| | ) | |
| PERFECTUS ALUMINUM | ) | |
| ACQUISITIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**   c/o Christie Callahan Comerford
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA, 19102

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable ___Duty Magistrate___ on ___August 26, 2019___

at ___2:00 p.m.___ to answer t ̶ ̶ ̶ ̶ ̶ charging you with violating

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage P*
For delivery information visit our website at www.usps

**OFFICIAL US**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, August 2006

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PERFECTUS ALUMINUM ACQUISITIONS,
C/O CHRISTIE CALLAHAN COMERFORD
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA, 19102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

LLC

AUG 30 2019

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7008 1140 0002 8669 0792

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Summons

# United States District Court

## For The

## Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR 19-282-RGK |
| | ) | |
| v. | ) | **SUMMONS TO APPEAR** |
| | ) | |
| SCUDERIA DEVELOPMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**   c/o Christie Callahan Comerford
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA, 19102

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   __Duty Magistrate__   on   __August 26, 2019__

at   __2:00 p.m.__   to answer to an   __Indictment__   charging you with violating

SEE ATTACHED.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL US

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee *(Endorsement Required)* | | |
| Restricted Delivery Fee *(Endorsement Required)* | | |
| Total Postage & Fees | $ | |

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCUDERIA DEVELOPMENT, LLC
C/O CHRISTIE CALLAHAN COMERFORD
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA, 19102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      □ Agent
                                       □ Addressee

B. Received by ( *Printed Name* )      C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   ☒ No

AUG 0 6 2019

3. Service Type
   ☒ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   □ Yes

2. Article Number
*(Transfer from service label)*   7008 1140 0002 8669 0815

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-15

Summons

# United States District Court

## For The

## Central District of California

UNITED STATES OF AMERICA,     )
                            )
           Plaintiff,     )     Case No. CR 19-282-RGK
                            )
          v.           )     **SUMMONS TO APPEAR**
                            )
1001 DOUBLEDAY, LLC,     )
                            )
          Defendant.     )

**TO:**   c/o Christie Callahan Comerford
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA, 19102

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   Duty Magistrate   on   August 26, 2019  

at   2:00 p.m.   to answer to an   Indictment   charging you with violating

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Pr*

For delivery information visit our website at www.usps

OFFICIAL US

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006      See Reverse

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

1001 DOUBLEDAY, LLC
C/O CHRISTIE CALLAHAN COMERFORD
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA, 19102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X             ☐ Agent
                  ☒ Addresse

B. Received by ( Printed Name)   C. Date of Deliver

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandis
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 1140 0002 8669 0839

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

Summons

# United States District Court

## For The

## Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR 19-282-RGK |
| | ) | |
| v. | ) | **SUMMONS TO APPEAR** |
| | ) | |
| VON KARMAN - MAIN STREET, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**   c/o Christie Callahan Comerford
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA, 19102

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   Duty Magistrate   on   August 26, 2019

at   2:00 p.m.   to answer to an   Indictment   charging you with violating

SEE ATTACHED.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Pro...)*

For delivery information visit our website at www.usps.c...

O F F I C I A L   U S ...

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VON KARMAN - MAIN STREET, LLC
C/O CHRISTIE CALLAHAN COMERFORD
DILWORTH PAXSONLLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA, 19102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent   ☑ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7008 1140 0002 8669 0853

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

Summons

# United States District Court

## For The

## Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR 19-282-RGK |
| | ) | |
| v. | ) | **SUMMONS TO APPEAR** |
| | ) | |
| 10681 PRODUCTION AVENUE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**   c/o Christie Callahan Comerford
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA, 19102

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street, Los

Angeles, in Courtroom 341 before the Honorable   __Duty Magistrate__   on   __August 26, 2019__

at   __2:00 p.m.__   to answer to an   __Indictment__   charging you with violating

SEE ATTACHED.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

O F F I C I A L   U S E

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

   10681 PRODUCTION AVENUE, LLC
   C/O CHRISTIE CALLAHAN COMERFORD
   DILWORTH PAXSON LLP
   1500 MARKET STREET, SUITE 3500E
   PHILADELPHIA, PA, 19102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                              ☐ Agent
                                               ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)        7008 1140 0002 8669 0860

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   EDDIE A. JAUREGUI (Cal. Bar No. 297986)
4  ROGER A. HSIEH (Cal. Bar No. 294195)
   Assistant United States Attorneys
5  Major Frauds Section
        1100 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-4849/0600
        Facsimile: (213) 894-6269
8       E-mail:    eddie.jauregui@usdoj.gov
                   roger.hsieh@usdoj.gov
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                  UNITED STATES DISTRICT COURT
11
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,          No. CR 19-282-RGK-GJS
13
             Plaintiff,               EXHIBIT 4 TO GOVERNMENT'S MOTION
14                                     FOR CERTIFICATION OF FACTS AND
                  v.                   ISSUANCE OF ORDER TO SHOW CAUSE
15
   ZHONGTIAN LIU ET AL.,
16
             Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

**Jauregui, Eddie (USACAC)**

| | |
|---|---|
| **From:** | Comerford, Christie Callahan <ccomerford@dilworthlaw.com> |
| **Sent:** | Wednesday, July 31, 2019 11:35 AM |
| **To:** | Jauregui, Eddie (USACAC) |
| **Cc:** | Andre, Julian L. (USACAC); Kumar, Poonam (USACAC) |
| **Subject:** | RE: Perfectus Aluminum |
| | |
| **Categories:** | Red Category |

Thanks.  I will let you know about service.  I do not know who represents China Zhongwang Holdings Limited.

CHRISTIE CALLAHAN COMERFORD | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

**From:** Jauregui, Eddie (USACAC) [mailto:Eddie.Jauregui@usdoj.gov]
**Sent:** Wednesday, July 31, 2019 12:18 PM
**To:** Comerford, Christie Callahan
**Cc:** Andre, Julian L. (USACAC); Kumar, Poonam (USACAC); Jauregui, Eddie (USACAC)
**Subject:** RE: Perfectus Aluminum

Christie, attached please find a copy of the indictment, which has now been unsealed.  Will you accept email service for a summons to appear for the following parties:

- Perfectus Aluminium, Inc.,
- Perfectus Aluminum Acquisitions, LLC,
- Scuderia Development, LLC,
- 1001 Doubleday, LLC,
- Von Karman-Main Street, LLC, and
- 10681 Production Avenue, LLC?

Also, if you know, can you please advise as to who represents China Zhongwang Holdings Limited and can accept service of a summons?  Thank you.

Eddie Jauregui

**From:** Comerford, Christie Callahan <ccomerford@dilworthlaw.com>
**Sent:** Wednesday, July 31, 2019 8:23 AM
**To:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Jauregui, Eddie (USACAC) <ejauregui@usa.doj.gov>; Kumar, Poonam (USACAC) <pkumar@usa.doj.gov>
**Subject:** Perfectus Aluminum

Julian, Poonam and Eddie:  The media has asked our client, Perfectus Aluminum, for comment on the unsealing of an indictment against it.  Has an indictment been filed and/or unsealed?  If so, can you please send me a copy.  Thank you.

Christie Callahan Comerford | Dilworth Paxson LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   EDDIE A. JAUREGUI (Cal. Bar No. 297986)
4  ROGER A. HSIEH (Cal. Bar No. 294195)
   Assistant United States Attorneys
5  Major Frauds Section
        1100 United States Courthouse
6        312 North Spring Street
        Los Angeles, California 90012
7        Telephone: (213) 894-4849/0600
        Facsimile: (213) 894-6269
8        E-mail:    eddie.jauregui@usdoj.gov
                    roger.hsieh@usdoj.gov
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                     UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,          No. CR 19-282-RGK-GJS
13
              Plaintiff,              EXHIBIT 5 TO GOVERNMENT'S MOTION
14                                    FOR CERTIFICATION OF FACTS AND
                   v.                 ISSUANCE OF ORDER TO SHOW CAUSE
15
   ZHONGTIAN LIU ET AL.,
16
              Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

**Jauregui, Eddie (USACAC)**

| | |
|---|---|
| **From:** | Comerford, Christie Callahan <ccomerford@dilworthlaw.com> |
| **Sent:** | Friday, August 9, 2019 12:21 PM |
| **To:** | Jauregui, Eddie (USACAC); Greenberg, Marc R. |
| **Cc:** | Kumar, Poonam (USACAC); Hsieh, Roger (USACAC) |
| **Subject:** | RE: Perfectus Aluminum |
| | |
| **Categories:** | Red Category |

Eddie:

We (Dilworth) still have no knowledge regarding who, if anyone, is representing Perfectus in the federal criminal case.  We have not been retained in that capacity.

I can confirm that we continue to represent Aluminum Shapes and Harris, Baio &McCullough ███████████
████████████████████

CHRISTIE CALLAHAN COMERFORD | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

**From:** Jauregui, Eddie (USACAC) [mailto:Eddie.Jauregui@usdoj.gov]
**Sent:** Friday, August 9, 2019 2:58 PM
**To:** Comerford, Christie Callahan; Greenberg, Marc R.
**Cc:** Kumar, Poonam (USACAC); Jauregui, Eddie (USACAC); Hsieh, Roger (USACAC)
**Subject:** RE: Perfectus Aluminum

Dear Christie and Marc,

We have looked at the dockets in the Muddy Waters state court litigation and the civil forfeiture actions in our District.  It appears that you continue to represent Perfectus and/or related parties in those cases.  Although you have told us you no longer represent Perfectus, et al, in our federal criminal case, it seems that you continue to have an attorney-client relationship with these entities.  Accordingly, we are reiterating our prior request for information regarding who represents the entities for purposes of the criminal indictment.  At the very least, we would imagine that you would need to transfer your files on the criminal matter to other counsel.  As you may be aware, the registered agents for these entities have been properly served with summonses requiring their appearance on 8/26/2019.  If these entities fail to appear as required, the government will request relief from the Court under Federal Rule of Criminal Procedure 4 and any other relief available to it.

Separately, Christie, can you please advise as to whether you continue to represent Aluminum Shapes and Harris, Baio, & McCullough in connection with our federal criminal investigation?

Thank you.

Sincerely,

Eddie Jauregui

1

**From:** Comerford, Christie Callahan <ccomerford@dilworthlaw.com>
**Sent:** Tuesday, August 6, 2019 10:06 AM
**To:** Jauregui, Eddie (USACAC) <ejauregui@usa.doj.gov>
**Cc:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>
**Subject:** RE: Perfectus Aluminum

I do not know.

CHRISTIE CALLAHAN COMERFORD | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

**From:** Jauregui, Eddie (USACAC) [mailto:Eddie.Jauregui@usdoj.gov]
**Sent:** Tuesday, August 6, 2019 1:05 PM
**To:** Comerford, Christie Callahan
**Cc:** Andre, Julian L. (USACAC)
**Subject:** RE: Perfectus Aluminum

Christie,

Thank you for letting us know. Who now represents these entities?

Sincerely,

Eddie Jauregui

**From:** Comerford, Christie Callahan <ccomerford@dilworthlaw.com>
**Sent:** Tuesday, August 6, 2019 9:23 AM
**To:** Jauregui, Eddie (USACAC) <ejauregui@usa.doj.gov>
**Cc:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Kumar, Poonam (USACAC) <pkumar@usa.doj.gov>
**Subject:** RE: Perfectus Aluminum

This morning I received 6 separate packages addressed to the below entities.  Please be advised that we do not represent these entities and are not authorized to accept service on their behalf.   Would you like the packages returned or can they be destroyed?

CHRISTIE CALLAHAN COMERFORD | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

**From:** Jauregui, Eddie (USACAC) [mailto:Eddie.Jauregui@usdoj.gov]
**Sent:** Wednesday, July 31, 2019 12:18 PM
**To:** Comerford, Christie Callahan
**Cc:** Andre, Julian L. (USACAC); Kumar, Poonam (USACAC); Jauregui, Eddie (USACAC)
**Subject:** RE: Perfectus Aluminum

Christie, attached please find a copy of the indictment, which has now been unsealed.  Will you accept email service for a summons to appear for the following parties:

- Perfectus Aluminium, Inc.,

- Perfectus Aluminum Acquisitions, LLC,
- Scuderia Development, LLC,
- 1001 Doubleday, LLC,
- Von Karman-Main Street, LLC, and
- 10681 Production Avenue, LLC?

Also, if you know, can you please advise as to who represents China Zhongwang Holdings Limited and can accept service of a summons?  Thank you.

Eddie Jauregui

---

**From:** Comerford, Christie Callahan <ccomerford@dilworthlaw.com>
**Sent:** Wednesday, July 31, 2019 8:23 AM
**To:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Jauregui, Eddie (USACAC) <ejauregui@usa.doj.gov>; Kumar, Poonam (USACAC) <pkumar@usa.doj.gov>
**Subject:** Perfectus Aluminum

Julian, Poonam and Eddie:  The media has asked our client, Perfectus Aluminum, for comment on the unsealing of an indictment against it.  Has an indictment been filed and/or unsealed?  If so, can you please send me a copy.  Thank you.

CHRISTIE CALLAHAN COMERFORD | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt

from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4849/0600
    Facsimile: (213) 894-6269
    E-mail:    eddie.jauregui@usdoj.gov
               roger.hsieh@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-GJS |
| Plaintiff, | EXHIBIT 6 TO GOVERNMENT'S MOTION FOR CERTIFICATION OF FACTS AND ISSUANCE OF ORDER TO SHOW CAUSE |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendant. | |

**Jauregui, Eddie (USACAC)**

| | |
|---|---|
| **From:** | Greenberg, Marc R. <Marc.Greenberg@tuckerellis.com> |
| **Sent:** | Tuesday, August 6, 2019 4:14 PM |
| **To:** | Jauregui, Eddie (USACAC) |
| **Cc:** | Kumar, Poonam (USACAC); Welk, Steven (USACAC) |
| **Subject:** | RE: Perfectus Aluminum |

Dear All,

We no longer represent any of the entities listed in your email.

Best Regards,

Marc

**Marc R. Greenberg | Attorney | Tucker Ellis LLP**
515 South Flower Street Forty Second Floor | Los Angeles, CA 90071
One Market Plaza, Steuart Tower, Suite 700 | San Francisco, CA 94105
Direct: 213-430-3355 | Cell: 213-215-8887
marc.greenberg@tuckerellis.com
tuckerellis.com

**Chicago | Cleveland | Columbus | Houston | Los Angeles | San Francisco | St. Louis**

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Jauregui, Eddie (USACAC) <Eddie.Jauregui@usdoj.gov>
**Sent:** Tuesday, August 6, 2019 2:54 PM
**To:** Greenberg, Marc R. <Marc.Greenberg@tuckerellis.com>
**Cc:** Kumar, Poonam (USACAC) <Poonam.Kumar@usdoj.gov>; Welk, Steven (USACAC) <Steven.Welk@usdoj.gov>
**Subject:** FW: Perfectus Aluminum

**<<< EXTERNAL EMAIL >>>**

Marc,

Can you please advise whether you still represent the entities listed below?

- Perfectus Aluminium, Inc.,
- Perfectus Aluminum Acquisitions, LLC,
- Scuderia Development, LLC,
- 1001 Doubleday, LLC,
- Von Karman-Main Street, LLC, and
- 10681 Production Avenue, LLC

Thank you.

Sincerely,

Eddie Jauregui

**From:** Comerford, Christie Callahan <ccomerford@dilworthlaw.com>
**Sent:** Tuesday, August 6, 2019 10:06 AM
**To:** Jauregui, Eddie (USACAC) <ejauregui@usa.doj.gov>
**Cc:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>
**Subject:** RE: Perfectus Aluminum

I do not know.

CHRISTIE CALLAHAN COMERFORD | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

**From:** Jauregui, Eddie (USACAC) [mailto:Eddie.Jauregui@usdoj.gov]
**Sent:** Tuesday, August 6, 2019 1:05 PM
**To:** Comerford, Christie Callahan
**Cc:** Andre, Julian L. (USACAC)
**Subject:** RE: Perfectus Aluminum

Christie,

Thank you for letting us know. Who now represents these entities?

Sincerely,

Eddie Jauregui

**From:** Comerford, Christie Callahan <ccomerford@dilworthlaw.com>
**Sent:** Tuesday, August 6, 2019 9:23 AM
**To:** Jauregui, Eddie (USACAC) <ejauregui@usa.doj.gov>
**Cc:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Kumar, Poonam (USACAC) <pkumar@usa.doj.gov>
**Subject:** RE: Perfectus Aluminum

This morning I received 6 separate packages addressed to the below entities.  Please be advised that we do not represent these entities and are not authorized to accept service on their behalf.   Would you like the packages returned or can they be destroyed?

CHRISTIE CALLAHAN COMERFORD | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

**From:** Jauregui, Eddie (USACAC) [mailto:Eddie.Jauregui@usdoj.gov]
**Sent:** Wednesday, July 31, 2019 12:18 PM
**To:** Comerford, Christie Callahan
**Cc:** Andre, Julian L. (USACAC); Kumar, Poonam (USACAC); Jauregui, Eddie (USACAC)
**Subject:** RE: Perfectus Aluminum

Christie, attached please find a copy of the indictment, which has now been unsealed.  Will you accept email service for a summons to appear for the following parties:

- Perfectus Aluminium, Inc.,
- Perfectus Aluminum Acquisitions, LLC,
- Scuderia Development, LLC,
- 1001 Doubleday, LLC,
- Von Karman-Main Street, LLC, and
- 10681 Production Avenue, LLC?

Also, if you know, can you please advise as to who represents China Zhongwang Holdings Limited and can accept service of a summons?  Thank you.

Eddie Jauregui

---

**From:** Comerford, Christie Callahan <ccomerford@dilworthlaw.com>
**Sent:** Wednesday, July 31, 2019 8:23 AM
**To:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Jauregui, Eddie (USACAC) <ejauregui@usa.doj.gov>; Kumar, Poonam (USACAC) <pkumar@usa.doj.gov>
**Subject:** Perfectus Aluminum

Julian, Poonam and Eddie:  The media has asked our client, Perfectus Aluminum, for comment on the unsealing of an indictment against it.  Has an indictment been filed and/or unsealed?  If so, can you please send me a copy.  Thank you.

CHRISTIE CALLAHAN COMERFORD | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7187 | Fax: (215) 575-7200
ccomerford@dilworthlaw.com | www.dilworthlaw.com

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-GJS |
|---|---|
| Plaintiff, | EXHIBIT 7 TO GOVERNMENT'S MOTION FOR CERTIFICATION OF FACTS AND ISSUANCE OF ORDER TO SHOW CAUSE |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendant. | |

**Jauregui, Eddie (USACAC)**

| | |
|---|---|
| **From:** | Kumar, Poonam (USACAC) |
| **Sent:** | Tuesday, August 20, 2019 4:29 PM |
| **To:** | Jauregui, Eddie (USACAC); Hsieh, Roger (USACAC) |
| **Subject:** | Fwd: US v. Perfectus, et al. |

Begin forwarded message:

> **From:** Robert Ruyak <robertr@ruyakcherian.com>
> **Date:** August 20, 2019 at 3:58:36 PM PDT
> **To:** "Kumar, Poonam (USACAC)" <Poonam.Kumar@usdoj.gov>
> **Subject: Re: US v. Perfectus, et al.**
>
> Hi Poonam
>
> I left you a voice message as well. I would like to suggest Friday morning for a meeting. I will the only one attending, representing the US entities.  I will have a proposal at the meeting to resolve the civil and criminal matters.
>
> One clarification.  You asked me if either i or someone from my firm would be attending on Monday the 26th.  I told you that I was not sure when  we talked.
>
> It is now been made quite clear to me by my clients that I have not been retained, nor has my firm, to enter an appearance and attend on Monday.  So far my retention is limited to representing the US entities in meeting with DOJ to attempt to resolve this matter.
>
> Please give me a call to set up the meeting and discuss any orher issues.
>
> Very best
>
> Bob
>
>
> On Aug 20, 2019, at 11:51 AM, Kumar, Poonam (USACAC) <Poonam.Kumar@usdoj.gov> wrote:
>
>> Bob,
>>
>> It was nice speaking with you just now.  We just wanted to reach out over email so you had our contact information.  I have copied AUSAs Eddie Jauregui and Roger Hsieh hereto as well.
>>
>> Please let us know what date and time for the meeting this week works best for you.
>>
>> Thank you.
>>
>> Best regards,

Poonam

**Poonam G. Kumar** | **Assistant United States Attorney**
**Deputy Chief, Major Frauds Section**
1100 United States Courthouse | 312 North Spring Street | Los Angeles, California 90012
T: 213.894.0719 | F: 213.894.6269 | poonam.kumar@usdoj.gov

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4849/0600
    Facsimile: (213) 894-6269
    E-mail:    eddie.jauregui@usdoj.gov
            roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-GJS |
|---|---|
| Plaintiff, | EXHIBIT 8 TO GOVERNMENT'S MOTION FOR CERTIFICATION OF FACTS AND ISSUANCE OF ORDER TO SHOW CAUSE |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

 **UNITED STATES POSTAL SERVICE**



Home  Logout

Detail

## OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER

**OFFICIAL USE ONLY**

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

Zone/Route ID No. 92171963

**1. Change of Address for: (Read Attached Instructions)**
X Individual (#5)  ☐ Entire Family (#5)  X Business (#6)

**2. Is This Move Temporary?**  ☐ Yes  X No

Date Entered on Form 3982  M M D D Y Y  10 04 18

**3. Start Date:** (ex. 02/27/17)  1 0 0 3 18

**4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/17)**

Expiration Date  M M D D Y Y  10 04 19

**5a. LAST Name & Jr./Sr./etc.**  WANG

Clerk/Carrier Endorsement

**5b. FIRST Name and MI**  ZHIJIE JASMINE

**6. If BUSINESS Move, Print Business Name**

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

**7a. OLD Mailing Address**  2355 PORTRAIT WAY

**7a. OLD APT or Suite**

**7b. For Puerto Rico Only:** If address is in PR, print urbanization name, if appropriate.

**7c. OLD CITY**  TUSTIN   **7d. State** CA   **7e. ZIP** 92782

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

**8a. NEW Mailing Address**  ██████████

**8a. NEW APT/Ste or PMB**

**8b. For Puerto Rico Only:** If address is in PR, print urbanization name, if appropriate.

**8c. NEW CITY**  TUSTIN   **8d. State** CA   **8e. ZIP** ████

**OFFICIAL USE ONLY**

**9. Print and Sign Name (see conditions on reverse)**
Print: Zhijie Jasmine Wang
Sign: ██████

**10. Date Signed:** (ex. 01/27/17)  1 0 0 3 18

PS FORM 3575 OCTOBER 2018       Visit usps.com to change your address online       1018