NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4849/0600
    Facsimile: (213) 894-6269
    E-mail:   eddie.jauregui@usdoj.gov
              roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK-GJS |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF EDDIE A. JAUREGUI</u> |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eddie A. Jauregui and Roger A. Hsieh, hereby applies <u>ex parte</u> for an order that the Unredacted Versions of Exhibits 1 and 8 to the Government's Motion for Certification of Facts and Issuance of Order to Show Cause (Dkt. 52) be filed under seal.

This *ex parte* application is based upon the attached declaration of Eddie A. Jauregui.

Dated: September 4, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/ Eddie Jauregui

Eddie A. Jauregui
Roger A. Hsieh
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF EDDIE A. JAUREGUI**

I, EDDIE A. JAUREGUI, declare as follows:

1. I am an Assistant United States Attorney assigned to the matter of United States of America v. Zhongtian Liu et al., CR No. 19-282-RGK.

2. The government requests sealing of the unredacted versions of Exhibits 1 and 8 to the Government's Motion for Certification of Facts and Issuance of Order to Show Cause (Dkt. 52). The government seeks to file these documents under seal because they disclose an individual's full home address. The full address is relevant to the government's motion because it demonstrates that the government effected service of summonses to appear. Under the Local Rules, the government (or any party) is prohibited from publicly filing any document disclosing a full home address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 4, 2019.

EDDIE A. JAUREGUI