UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 19-00282-RGK | Date | September 12, 2019 |
|---|---|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Sharon L. Williams | Sheri KIeeger | Eddie Jauregui/Roger Hsieh |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (5) Perfectus Aluminium, Inc. | N | | | | | | |
| (6) Perfectus Aluminum Acquisitions, LLC | N | | | | | | |
| (7) Scuderia Development, LLC | N | | | | | | |
| (8) 1001 Doubleday, LLC | N | | | | | | |
| (9) Von-Karman - Main Street, LLC | N | | | | | | |
| (10) 10681 Production Avenue, LLC | N | | | | | | |

**Proceedings:** ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT [55]

Case called. No defendants are present. Court and government counsel confer. The Court finds defendants Perfectus Aluminium, Perfectus Aluminum Acquisitions, LLC, and Scuderia Development, LLC in civil contempt and places terms of contempt on the record. The government shall submit a proposed contempt order for the Court's approval.

The Order to Show Cause as to defendants 1001 Doubleday, LLC, Von-Karman - Main Street, LLC, and 10681 Production Avenue, LLC is continued to October 3, 2019 at 10:00 a.m. Counsel for the government shall submit briefing regarding service on these defendants within 2 weeks.

**IT IS SO ORDERED.**

|   | : | 19 |
|---|---|---|
| Initials of Deputy Clerk | slw | |