ROBERT F. RUYAK (*Pro Hac Vice*)
DON F. LIVORNESE (SBN 125,934)
robertr@ruyakcherian.com
donl@ruyakcherian.com
RUYAKCHERIAN LLP
1901 L St, NW, Suite 700
Washington, DC 20036
(202) 838-1560

Attorneys for Defendants
Perfectus Aluminium Inc.
*aka* Perfectus Aluminum Inc., and
Perfectus Aluminum Acquisitions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHONGTIAN LIU,<br>  aka "Liu Zhongtian,"<br>  aka "Chairman,"<br>  aka "Uncle Liu,"<br>  aka "UL,"<br>  aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS LIMITED,<br>  aka "ZW,"<br>  aka "Mother Ship,"<br>ZHAOHUA CHEN,<br>  aka "Chen Zhaohua,"<br>  aka "Uncle Chen,"<br>XIANG CHUN SHAO,<br>  aka "Johnson Shao,"<br>PERFECTUS ALUMINIUM INC.,<br>  aka "Perfectus Aluminum Inc.,"<br>PERFECTUS ALUMINUM ACQUISTIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC,<br>1001 DOUBLEDAY, LLC,<br>VON KARMAN – MAIN STREET, LLC, and<br>10681 PRODUCTION AVENUE, LLC<br><br>Defendants. | CASE NO. 19-cr-00282-RGK<br><br>**DECLARATION OF ZHAOHAO CHEN IN SUPPORT OF JOINT REPRESENTATION OF PERFECTUS DEFENDANTS** |

Counsel for Defendants Perfectus Aluminium Inc. aka Perfectus Aluminum Inc. and Perfectus Aluminum Acquisitions LLC hereby submit the attached declaration of Zhaohao Chen pursuant to the Court's April 13, 2020 Order.

                              Respectfully submitted,

DATED: April 17, 2020      **RuyakCherian LLP**

/s/ Don F. Livornese
Robert F. Ruyak (*Pro Hac Vice*)
Don F. Livornese
Attorneys for Defendants
PERFECTUS ALUMINIUM, INC., aka "Perfectus Aluminum Inc.", and PERFECTUS ACQUISITIONS LLC

-1-
DECLARATION OF ZHAOHAO CHEN ISO JOINT
REPRESENTATION OF PERFECTUS DEFENDANTS

ROBERT F. RUYAK (*Pro Hac Vice* application pending)
DON F. LIVORNESE (SBN 125,934)
robertr@ruyakcherian.com
donl@ruyakcherian.com
RUYAKCHERIAN LLP
1901 L St, NW, Suite 700
Washington, DC 20036
(202) 838-1560

Attorneys for Defendants
Perfectus Aluminium Inc.
*aka* Perfectus Aluminum Inc., and
Perfectus Aluminum Acquisitions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHONGTIAN LIU,<br>  aka "Liu Zhongtian,"<br>  aka "Chairman,"<br>  aka "Uncle Liu,"<br>  aka "UL,"<br>  aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS LIMITED,<br>  aka "ZW,"<br>  aka "Mother Ship,"<br>ZHAOHUA CHEN,<br>  aka "Chen Zhaohua,"<br>  aka "Uncle Chen,"<br>XIANG CHUN SHAO,<br>  aka "Johnson Shao,"<br>PERFECTUS ALUMINIUM INC.,<br>  aka "Perfectus Aluminum Inc.,"<br>PERFECTUS ALUMINUM ACQUISTIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC, | CASE NO. 19-cr-00282-RGK<br><br>**DECLARATION OF ZHAOHAO CHEN IN SUPPORT OF JOINT REPRESENTATION OF PERFECTUS DEFENDANTS** |

1  1001 DOUBLEDAY, LLC,
   VON KARMAN – MAIN STREET,
   LLC, and
2  10681 PRODUCTION AVENUE, LLC

3  Defendants.

## DECLARATION OF ZHAOHAO CHEN

I, ZHAOHAO CHEN, do hereby declare as follows:

1. I am the authorized corporate representative for Defendants Perfectus Aluminium Inc. *aka* Perfectus Aluminum Inc. and Perfectus Aluminum Acquisitions LLC (collectively, "the Perfectus Defendants"). I have personal knowledge of the matters set forth herein.

2. In July 2019, the Perfectus Defendants retained the law firm of RuyakCherian LLP to jointly represent them in the above-captioned criminal matter.

3. I have been fully advised and understand the potential conflict of interest that arises from having the law firm of RuyakCherian LLP jointly represent each of the Perfectus Defendants in the criminal matter. I also understand that the Perfectus Defendants have the right to be represented separately and independently.

4. Notwithstanding the potential conflict of interest and the right to be represented separately and independently, the Perfectus Defendants hereby elect to be jointly represented by the law firm of RuyakCherian LLP in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16 day of April, 2020 in China.

_____
ZHAOHAO CHEN