NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0600/4849/0719/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                poonam.kumar@usdoj.gov
                roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | JOINT REPORT REGARDING DISCOVERY CONFERENCE |
| v. | Trial date: June 2, 2020 |
| ZHONGTIAN LIU ET AL., | Trial time: 9:00 a.m. |
| Defendants. | Location: Courtroom of Hon. R. Gary Klausner |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys ("AUSAs") Roger A. Hsieh, Eddie A. Jauregui, and Poonam G. Kumar, and defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc." and Perfectus Aluminum Acquisitions, LLC (collectively, the "Perfectus entities"), by and through their counsel of record, Robert Ruyak, Don Livornese, and Rebecca Anzidei; Scuderia Development, LLC; 1001 Doubleday, LLC; Von Karman-Main Street, LLC; and 10681 Production

Avenue, LLC (collectively, the "Warehouse entities"), by and through their counsel of record, Stephen Larson and Hilary Potashner (collectively, the "parties"), hereby jointly report as follows:

## I.  NATURE OF THE CASE

On May 7, 2019, a grand jury returned a 53-page indictment against three individuals and seven corporate entities, including the Perfectus entities and Warehouse entities.  Specifically, the indictment charges the Perfectus entities and the Warehouse entities with conspiracy in violation of 18 U.S.C. § 371, nine counts of wire fraud in violation of 18 U.S.C. § 1343, and seven counts of passing false and fraudulent papers through a customhouse in violation of 18 U.S.C. § 545.  The indictment also charges the Perfectus entities with seven counts of international promotional money laundering in violation of 18 U.S.C. § 1956(a)(2)(A).  On July 31, 2019, the indictment was unsealed.  On April 13, 2020, the Perfectus entities and the Warehouse entities appeared for their initial appearances and post-indictment arraignments.

## II.  JOINT STATEMENT REGARDING DISCOVERY

Pursuant to the Court's Criminal Order Regarding Discovery and Federal Rule of Criminal Procedure 16.1, the parties report the following:

1. On April 16, 2020, the government sent to counsel for the Perfectus entities and Warehouse entities a proposed stipulation for a protective order regarding confidential witness information and personally identifiable information.  The parties continue to negotiate regarding the terms of the proposed stipulation.

2. The government estimates that the discovery in this case totals several terabytes of data, which includes, among other things,

millions of pages of customs documents, financial records, and reports of investigation. The government is in the process of preparing the first production. In order to facilitate the efficient production of discovery in this matter, counsel for the Perfectus entities and the Warehouse entities intend to send hard drives to the government on which the government will load the discovery. Upon receipt of these hard drives and entry of a protective order, the government will begin producing discovery.

3. On April 20, 2020, AUSA Kumar, AUSA Hsieh, Mr. Ruyak, and Ms. Potashner held a telephonic discovery conference. In accordance with the Court's Criminal Order Regarding Discovery, the parties report as follows:

a. At present, there are no contested matters of discovery and inspection.

b. The Perfectus entities and the Warehouse entities reserve the right to request additional discovery if the need arises.

c. The government will produce any undisclosed material favorable to the Perfectus entities and the Warehouse entities within the meaning of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and related cases in accordance with its continuing discovery obligations and the Court's order.

d. At present, the parties do not have any foundational objections to the documentary evidence in this case. However, the parties expressly reserve the right to raise such foundational objections at the time of trial.

e. At present, the parties are unaware of any issues regarding chain of custody.

f.  At present, the parties are unaware of any issues regarding the admissibility of scientific analysis without the need of calling the expert at trial.

Dated: April 21, 2020              Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                            /s/
                                    ROGER A. HSIEH
                                    POONAM G. KUMAR
                                    EDDIE A. JAUREGUI

                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: April 21, 2020


                                      /s/ *via email authorization*
                                    ROBERT RUYAK
                                    DON LIVORNESE
                                    REBECCA ANZIDEI
                                    Attorneys for Defendants
                                    Perfectus Entities


Dated: April 21, 2020


                                      /s/ *via email authorization*
                                    HILARY POTASHNER
                                    STEPHEN LARSON
                                    Attorney for Defendants
                                    Warehouse Entities