TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719/0600
    Facsimile: (213) 894-6269
    E-mail:   poonam.kumar@usdoj.gov
               roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | STIPULATION REGARDING DISCLOSURE OF THIRD-PARTY TAX RETURN INFORMATION PURSUANT TO 26 U.S.C. § 6103(i)(4) |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Roger A. Hsieh and Poonam G. Kumar, and defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc." and Perfectus Aluminum Acquisitions, LLC (collectively, the "Perfectus defendants"), by and through their counsel of record, Robert Ruyak and Don Livornese; Scuderia Development, LLC; 1001 Doubleday, LLC; Von Karman-Main Street, LLC; and 10681 Production Avenue, LLC (collectively, the "Warehouse defendants"), by and through their counsel of record,

Stephen Larson and Hilary Potashner (collectively, the "parties"), hereby stipulate as follows:

1. The Indictment was filed on May 7, 2019, and made public on July 31, 2019. Defendants are charged with conspiracy in violation of 18 U.S.C. § 371, nine counts of wire fraud in violation of 18 U.S.C. § 1343, and seven counts of passing false and fraudulent papers through a customhouse in violation of 18 U.S.C. § 545 in a 53-page indictment. The indictment also charges the Perfectus defendants with seven counts of international promotional money laundering in violation of 18 U.S.C. § 1956(a)(2)(A).

2. The investigative file in this case includes personal identification information of various third parties, including information that qualifies as "return" and "return information" as defined in 26 U.S.C. §§ 6103(b)(1), (2). The government intends to produce third-party return and return information to defendants as required by Rule 16 of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3500, and <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).

3. 26 U.S.C. § 6103(i)(4)(A)(ii) allows the Court to issue an order authorizing the disclosure of return and return information in a judicial proceeding pursuant to 18 U.S.C. § 3500 and Rule 16 of the Federal Rules of Criminal Procedure.

//
//
//

4. Accordingly, the parties hereby stipulate and ask the Court to issue an order authorizing the disclosure to defendants return and return information of third parties. The government will produce this information subject to the Protective Order entered by the Court (Dkt. 145).

IT IS SO STIPULATED.

Dated: May 12, 2021                Respectfully submitted,

                                   TRACY L. WILKISON
                                   Acting United States Attorney

                                   BRANDON D. FOX
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                        /s/
                                   ROGER A. HSIEH
                                   POONAM G. KUMAR

                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA


                                    /s/ (per email authorization)
                                   ROBERT RUYAK
                                   Attorney for
                                   The Perfectus Defendants


                                    /s/ (per email authorization)
                                   HILARY POTASHNER
                                   Attorney for
                                   The Warehouse Defendants