TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719/0600
     Facsimile: (213) 894-6269
     E-mail:    poonam.kumar@usdoj.gov
                roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ALLOWING DISCLOSURE OF THIRD-PARTY TAX RETURN INFORMATION UNDER 26 U.S.C. § 6103(i)(4) |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for Disclosure of Third-Party Tax Return Information Under 26 U.S.C. § 6103(i)(4) filed by the parties in this matter.

FOR GOOD CAUSE SHOWN:

Pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), and upon stipulation by the parties, the Court hereby authorizes the government to disclose third-party return and return information to defendants so that the government may meet its obligations under Rule 16 of the

Federal Rules of Criminal Procedure, 18 U.S.C. § 3500, and <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).

 IT IS SO ORDERED.

_____   _____
DATE              HONORABLE R. GARY KLAUSNER
                 UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
_____
ROGER A. HSIEH
Assistant United States Attorney

2