## DECLARATION OF POONAM G. KUMAR

I, Poonam G. Kumar, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") with the U.S. Attorney's Office for the Central District of California. Along with AUSAs Roger Hsieh and Gregory Bernstein, I am responsible for representing the United States in United States v. Liu, et al., CR 19-282-RGK.

2. Attached hereto as Exhibit A is a certified copy of 1001 Doubleday, LLC's registration with California, which show that 1001 Doubleday, LLC was formed in Delaware on October 7, 2008. A copy of this document, as well as the Delaware Certificate of Good Standing, was produced to defendants at USAO_01083380-81.

3. Attached hereto as Exhibit B is a certified copy of Von Karman – Main Street, LLC's registration with California, which shows that Von Karman – Main Street, LLC was formed in Delaware on March 6, 2009. A copy of this document, as well as the Delaware Certificate of Good Standing, was produced to defendants at USAO_01083723-24.

4. Attached hereto as Exhibit C is a certified copy 10681 Production Avenue, LLC's registration with California, which shows that 10681 Production Avenue, LLC was formed in Delaware on August 25, 2009. A copy of this document, as well as the Delaware Certificate of Good Standing, was produced to defendants at USAO_01083391-92.

5. Attached hereto as Exhibit D are true and accurate copies of certain documents produced to the government by Fidelity Management and Research Company ("Fidelity") showing all trading in shares of China Zhongwang Holdings, Limited by Fidelity mutual funds.

These documents were produced to the defendants in September 2020, at USAO_01081299.

6. Attached hereto as Exhibit E are true and accurate copies of certain documents produced to the government by Geode Capital Management, LLC, ("Geode") an investment advisor registered in the U.S. and based in Boston, Massachusetts.  The spreadsheet shows trades in shares of China Zhongwang Holdings, Limited by Fidelity mutual funds and funds managed by Geode.  These documents were produced to the defendants in September 2020, at USAO_01081302.

7. Attached hereto as Exhibit F are true and correct copies of certain documents produced to the government by The Vanguard Group, Inc. ("Vanguard").  The spreadsheet shows trades in shares of China Zhongwang Holdings, Limited by Vanguard accounts.  These documents were produced to defendants in September 2020, at USAO_0108235.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 28, 2021.

POONAM G. KUMAR