# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 2:19-cr-00282-RGK | Date | August 5, 2021 |
|---|---|---|---|
| Title | *United States v. Liu et al* | | |

**Present: The Honorable**  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams (not present) | Not Reported | Robert Hsieh, not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorneys* |

| U.S.A. v. Liu | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| (5) Perfectus Aluminum, Inc | | | X | Robert F. Ruyak, not present | | | X |
| (6) Perfectus Aluminum Acquisitons, LLC | | | X | Robert F. Ruyak, not present | | | X |
| (7) Scuderia Development, LLC | | | X | Stephen G. Larson, not present | | | X |
| (8) Doubleday, LLC | | | X | Stephen G. Larson, not present | | | X |
| (9) Von-Karman-Main Street, LLC | | | X | Stephen G. Larson, not present | | | X |
| (10) 10681 Production Avenue, LLC | | | X | Stephen G. Larson, not present | | | X |

**Proceedings:** (IN CHAMBERS) Order Re: Perfectus and Warehouse Defendants' *Ex Parte* Application to Continue Trial [DE 223]

On August 4, 2021, the Perfectus and Warehouse Defendants filed an *Ex Parte* Application to continue the criminal trial currently set for August 10, 2021 until November 30, 2021. The Government has opposed this request.

Having read and considered the Perfectus and Warehouse Defendants' Application along with the Government's opposition, the Court **DENIES** the Application. The trial remains set for August 10, 2021.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____