> **FILED**
> CLERK, U.S. DISTRICT COURT
>
> **8/23/2021**
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY: ___ lsr ___ DEPUTY

1

2

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                    v.<br><br>PERFECTUS ALUMINIUM Inc.,<br> aka "Perfectus Aluminum Inc.,"<br>PERFECTUS ALUMINUM ACQUISITIONS<br>    LLC,<br>SCUDERIA DEVELOPMENT LLC,<br>1001 DOUBLEDAY LLC,<br>VON KARMAN – MAIN STREET LLC, and<br>10681 PRODUCTION AVENUE LLC,<br><br>                  Defendants. | No. CR 19-282-RGK<br><br><u>VERDICT FORM</u><br><br>**REDACTED** |

**COUNT ONE**: **Conspiracy to Commit an Offense Against the United States or Defraud the United States, in violation of 18 U.S.C. § 371.**

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

      \_\_\_\_\_      **NOT GUILTY**

      X      **GUILTY**

of Count One of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

      \_\_\_\_\_      **NOT GUILTY**

      X      **GUILTY**

of Count One of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

      \_\_\_\_\_      **NOT GUILTY**

      X      **GUILTY**

of Count One of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant 1001 DOUBLEDAY LLC (check one):

      \_\_\_\_\_      **NOT GUILTY**

      X      **GUILTY**

of Count One of the Indictment.

1     We, the jury in the above-captioned case, unanimously find

2  defendant VON KARMAN - MAIN STREET LLC (check one):

3                  **NOT GUILTY**

4         X         **GUILTY**

5  of Count One of the Indictment.

6

7     We, the jury in the above-captioned case, unanimously find

8  defendant 10681 PRODUCTION AVENUE LLC (check one):

9                  **NOT GUILTY**

10         X         **GUILTY**

11  of Count One of the Indictment.

12

13     [Please proceed to Count Two.]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **COUNT TWO: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in**
2   **connection with an email sent on or about May 13, 2014 from a ZW**
3   **Group employee to Johnson Shao.**

4

5      We, the jury in the above-captioned case, unanimously find
6   defendant PERFECTUS ALUMINIUM INC.(check one):

7                      _____         **NOT GUILTY**
8                      ___X___       **GUILTY**
9   of Count Two of the Indictment.

10

11      We, the jury in the above-captioned case, unanimously find
12   defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

13                      _____         **NOT GUILTY**
14                      ___X___       **GUILTY**
15   of Count Two of the Indictment.

16

17      We, the jury in the above-captioned case, unanimously find
18   defendant SCUDERIA DEVELOPMENT LLC (check one):

19                      _____         **NOT GUILTY**
20                      ___X___       **GUILTY**
21   of Count Two of the Indictment.

22

23      We, the jury in the above-captioned case, unanimously find
24   defendant 1001 DOUBLEDAY LLC (check one):

25                      _____         **NOT GUILTY**
26                      ___X___       **GUILTY**
27   of Count Two of the Indictment.

28

     We, the jury in the above-captioned case, unanimously find
defendant VON KARMAN - MAIN STREET LLC (check one):

                              **NOT GUILTY**

              ⨉               **GUILTY**

of Count Two of the Indictment.


     We, the jury in the above-captioned case, unanimously find
defendant 10681 PRODUCTION AVENUE LLC (check one):

                              **NOT GUILTY**

              ⨉               **GUILTY**

of Count Two of the Indictment.


     [Please proceed to Count Three.]

**COUNT THREE**: **Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with a money wire transfer of approximately $1,126,080 sent on or about June 19, 2014 from Peng Cheng Aluminum to an account in the name of Zhongwang China Investment (HK) Limited.**

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC. (check one):

    _____     **NOT GUILTY**

    X     **GUILTY**

of Count Three of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

    _____     **NOT GUILTY**

    X     **GUILTY**

of Count Three of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

    _____     **NOT GUILTY**

    X     **GUILTY**

of Count Three of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant 1001 DOUBLEDAY LLC (check one):

    _____     **NOT GUILTY**

    X     **GUILTY**

of Count Three of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant VON KARMAN – MAIN STREET LLC (check one):

                                     \_\_\_\_\_         **NOT GUILTY**

                                        X         **GUILTY**

of Count Three of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant 10681 PRODUCTION AVENUE LLC (check one):

                                       \_\_\_\_\_         **NOT GUILTY**

                                        X         **GUILTY**

of Count Three of the Indictment.

[Please proceed to Count Four.]

7

1  **COUNT FOUR**: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a),

2  in connection with a money wire transfer of approximately $4,463,369

3  sent on or about July 11, 2014 from Peng Cheng Aluminum to an account

4  in the name of Dalian Liwang.

5

6      We, the jury in the above-captioned case, unanimously find

7  defendant PERFECTUS ALUMINIUM INC.(check one):

8                    _____        **NOT GUILTY**

9                      X            **GUILTY**

10 of Count Four of the Indictment.

11

12     We, the jury in the above-captioned case, unanimously find

13 defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

14                   _____        **NOT GUILTY**

15                     X            **GUILTY**

16 of Count Four of the Indictment.

17

18     We, the jury in the above-captioned case, unanimously find

19 defendant SCUDERIA DEVELOPMENT LLC (check one):

20                   _____        **NOT GUILTY**

21                     X            **GUILTY**

22 of Count Four of the Indictment.

23

24     We, the jury in the above-captioned case, unanimously find

25 defendant 1001 DOUBLEDAY LLC (check one):

26                   _____        **NOT GUILTY**

27                     X            **GUILTY**

28 of Count Four of the Indictment.

8

We, the jury in the above-captioned case, unanimously find defendant VON KARMAN - MAIN STREET LLC (check one):

          _____          **NOT GUILTY**

          __X__          **GUILTY**

of Count Four of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant 10681 PRODUCTION AVENUE LLC (check one):

          _____          **NOT GUILTY**

          __X__          **GUILTY**

of Count Four of the Indictment.

[Please proceed to Count Five.]

1  **COUNT FIVE: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a),**

2  **in connection with a money wire transfer of approximately $8,558,512**

3  **sent on or about July 21, 2014 from Peng Cheng Aluminum to an account**

4  **in the name of Dalian Liwang.**

5

6      We, the jury in the above-captioned case, unanimously find

7  defendant PERFECTUS ALUMINIUM INC.(check one):

8                    _____            **NOT GUILTY**

9                      X              **GUILTY**

10  of Count Five of the Indictment.

11

12     We, the jury in the above-captioned case, unanimously find

13  defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

14                    _____            **NOT GUILTY**

15                      X              **GUILTY**

16  of Count Five of the Indictment.

17

18     We, the jury in the above-captioned case, unanimously find

19  defendant SCUDERIA DEVELOPMENT LLC (check one):

20                    _____            **NOT GUILTY**

21                      X              **GUILTY**

22  of Count Five of the Indictment.

23

24     We, the jury in the above-captioned case, unanimously find

25  defendant 1001 DOUBLEDAY LLC (check one):

26                    _____            **NOT GUILTY**

27                      X              **GUILTY**

28  of Count Five of the Indictment.

10

We, the jury in the above-captioned case, unanimously find defendant VON KARMAN – MAIN STREET LLC (check one):

_____   **NOT GUILTY**

$\times$   **GUILTY**

of Count Five of the Indictment.


We, the jury in the above-captioned case, unanimously find defendant 10681 PRODUCTION AVENUE LLC (check one):

_____   **NOT GUILTY**

$\times$   **GUILTY**

of Count Five of the Indictment.


[Please proceed to Count Six.]

11

**COUNT SIX: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with a money wire transfer of approximately $244,800 sent on or about August 5, 2014 from Peng Cheng Aluminum to an account in the name of Zhongwang China Investment (HK) Limited.**

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

_____  **NOT GUILTY**

___X___  **GUILTY**

of Count Six of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

_____  **NOT GUILTY**

___X___  **GUILTY**

of Count Six of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

_____  **NOT GUILTY**

___X___  **GUILTY**

of Count Six of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant 1001 DOUBLEDAY LLC (check one):

_____  **NOT GUILTY**

___X___  **GUILTY**

of Count Six of the Indictment.

12

We, the jury in the above-captioned case, unanimously find defendant VON KARMAN – MAIN STREET LLC (check one):

            _____     **NOT GUILTY**

            __X__     **GUILTY**

of Count Six of the Indictment.


We, the jury in the above-captioned case, unanimously find defendant 10681 PRODUCTION AVENUE LLC (check one):

            _____     **NOT GUILTY**

            __X__     **GUILTY**

of Count Six of the Indictment.


[Please proceed to Count Seven.]

1   **COUNT SEVEN: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a),**

2   **in connection with a money wire transfer of approximately $5,027,807**

3   **sent on or about August 6, 2014 from Peng Cheng Aluminum to an**

4   **account in the name of Dalian Liwang.**

5

6     We, the jury in the above-captioned case, unanimously find

7   defendant PERFECTUS ALUMINIUM INC.(check one):

8                 _____      **NOT GUILTY**

9                  X       **GUILTY**

10   of Count Seven of the Indictment.

11

12     We, the jury in the above-captioned case, unanimously find

13   defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

14                 _____      **NOT GUILTY**

15                  X       **GUILTY**

16   of Count Seven of the Indictment.

17

18     We, the jury in the above-captioned case, unanimously find

19   defendant SCUDERIA DEVELOPMENT LLC (check one):

20                 _____      **NOT GUILTY**

21                  X       **GUILTY**

22   of Count Seven of the Indictment.

23

24     We, the jury in the above-captioned case, unanimously find

25   defendant 1001 DOUBLEDAY LLC (check one):

26                 _____      **NOT GUILTY**

27                  X       **GUILTY**

28   of Count Seven of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant VON KARMAN - MAIN STREET LLC (check one):

       \_\_\_\_\_       **NOT GUILTY**

        X       **GUILTY**

of Count Seven of the Indictment.


We, the jury in the above-captioned case, unanimously find defendant 10681 PRODUCTION AVENUE LLC (check one):

       \_\_\_\_\_       **NOT GUILTY**

        X       **GUILTY**

of Count Seven of the Indictment.


[Please proceed to Count Eight.]

15

**COUNT EIGHT**: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with an email sent on or about August 20, 2014 from Johnson Shao to a ZW Group employee.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

        <u>      </u>        **NOT GUILTY**

        <u>  X  </u>        **GUILTY**

of Count Eight of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

        <u>      </u>        **NOT GUILTY**

        <u>  X  </u>        **GUILTY**

of Count Eight of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

        <u>      </u>        **NOT GUILTY**

        <u>  X  </u>        **GUILTY**

of Count Eight of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant 1001 DOUBLEDAY LLC (check one):

        <u>      </u>        **NOT GUILTY**

        <u>  X  </u>        **GUILTY**

of Count Eight of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant VON KARMAN - MAIN STREET LLC (check one):

                _____        **NOT GUILTY**

                ___X___        **GUILTY**

of Count Eight of the Indictment.


We, the jury in the above-captioned case, unanimously find defendant 10681 PRODUCTION AVENUE LLC (check one):

                _____        **NOT GUILTY**

                ___X___        **GUILTY**

of Count Eight of the Indictment.


[Please proceed to Count Nine.]

17

**COUNT NINE: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with a money wire transfer of approximately $493,308 sent on or about March 6, 2015 from Transport Aluminum to an account in the name of Liaoning Zhongwang Import & Export Trade Co. Ltd.**

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

        _____      **NOT GUILTY**

        ___X___      **GUILTY**

of Count Nine of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

        _____      **NOT GUILTY**

        ___X___      **GUILTY**

of Count Nine of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

        _____      **NOT GUILTY**

        ___X___      **GUILTY**

of Count Nine of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant 1001 DOUBLEDAY LLC (check one):

        _____      **NOT GUILTY**

        ___X___      **GUILTY**

of Count Nine of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant VON KARMAN – MAIN STREET LLC (check one):

          _____ **NOT GUILTY**

            X     **GUILTY**

of Count Nine of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant 10681 PRODUCTION AVENUE LLC (check one):

          _____ **NOT GUILTY**

            X     **GUILTY**

of Count Nine of the Indictment.

[Please proceed to Count Ten.]

1  **COUNT TEN**: **Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in**
2  **connection with a money wire transfer of approximately $1,947,140**
3  **sent on or about April 6, 2015 from Transport Aluminum to an account**
4  **in the name of Dalian Liwang.**

5

6      We, the jury in the above-captioned case, unanimously find
7  defendant PERFECTUS ALUMINIUM INC.(check one):
8                          _____        **NOT GUILTY**
9                            X           **GUILTY**
10  of Count Ten of the Indictment.

11

12     We, the jury in the above-captioned case, unanimously find
13  defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):
14                          _____        **NOT GUILTY**
15                            X           **GUILTY**
16  of Count Ten of the Indictment.

17

18     We, the jury in the above-captioned case, unanimously find
19  defendant SCUDERIA DEVELOPMENT LLC (check one):
20                          _____        **NOT GUILTY**
21                            X           **GUILTY**
22  of Count Ten of the Indictment.

23

24     We, the jury in the above-captioned case, unanimously find
25  defendant 1001 DOUBLEDAY LLC (check one):
26                          _____        **NOT GUILTY**
27                            X           **GUILTY**
28  of Count Ten of the Indictment.

1       We, the jury in the above-captioned case, unanimously find

2   defendant VON KARMAN – MAIN STREET LLC (check one):

3                           _____        **NOT GUILTY**

4                             X           **GUILTY**

5   of Count Ten of the Indictment.

6

7       We, the jury in the above-captioned case, unanimously find

8   defendant 10681 PRODUCTION AVENUE LLC (check one):

9                           _____        **NOT GUILTY**

10                            X           **GUILTY**

11  of Count Ten of the Indictment.

12

13      [Please proceed to Count Eleven.]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT ELEVEN**: **Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 19, 2014 declaring that approximately 14,364 aluminum pallets were not subject to the 2011 AD/CVD Orders.**

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

                        \_\_\_\_\_            **NOT GUILTY**

                          X             **GUILTY**

of Count Eleven of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

                        \_\_\_\_\_            **NOT GUILTY**

                          X             **GUILTY**

of Count Eleven of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

                        \_\_\_\_\_            **NOT GUILTY**

                          X             **GUILTY**

of Count Eleven of the Indictment.

1    We, the jury in the above-captioned case, unanimously find
2    defendant 1001 DOUBLEDAY LLC (check one):

3                         _____        **NOT GUILTY**
4                           X           **GUILTY**
5    of Count Eleven of the Indictment.

6

7    We, the jury in the above-captioned case, unanimously find
8    defendant VON KARMAN – MAIN STREET LLC (check one):

9                         _____        **NOT GUILTY**
10                          X           **GUILTY**
11   of Count Eleven of the Indictment.

12

13   We, the jury in the above-captioned case, unanimously find
14   defendant 10681 PRODUCTION AVENUE LLC (check one):

15                        _____        **NOT GUILTY**
16                          X           **GUILTY**
17   of Count Eleven of the Indictment.

18

19   [Please proceed to Count Twelve.]

**COUNT TWELVE**: Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 22, 2014 declaring that approximately 4,032 aluminum pallets were not subject to the 2011 AD/CVD Orders.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

    \_\_\_\_\_                       **NOT GUILTY**

    X                         **GUILTY**

of Count Twelve of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

    \_\_\_\_\_                       **NOT GUILTY**

    X                         **GUILTY**

of Count Twelve of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

    \_\_\_\_\_                       **NOT GUILTY**

    X                         **GUILTY**

of Count Twelve of the Indictment.

1   We, the jury in the above-captioned case, unanimously find

2   defendant 1001 DOUBLEDAY LLC (check one):

3                    _____          **NOT GUILTY**

4                    __X__           **GUILTY**

5   of Count Twelve of the Indictment.

6

7   We, the jury in the above-captioned case, unanimously find

8   defendant VON KARMAN — MAIN STREET LLC (check one):

9                    _____          **NOT GUILTY**

10                   __X__           **GUILTY**

11  of Count Twelve of the Indictment.

12

13  We, the jury in the above-captioned case, unanimously find

14  defendant 10681 PRODUCTION AVENUE LLC (check one):

15                   _____          **NOT GUILTY**

16                   __X__           **GUILTY**

17  of Count Twelve of the Indictment.

18

19      [Please proceed to Count Thirteen.]

**COUNT THIRTEEN**: **Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 23, 2014 declaring that approximately 10,584 aluminum pallets were not subject to the 2011 AD/CVD Orders.**

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC. (check one):

    _____                    **NOT GUILTY**

    ___X___                    **GUILTY**

of Count Thirteen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

    _____                    **NOT GUILTY**

    ___X___                    **GUILTY**

of Count Thirteen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

    _____                    **NOT GUILTY**

    ___X___                    **GUILTY**

of Count Thirteen of the Indictment.

1    We, the jury in the above-captioned case, unanimously find
2    defendant 1001 DOUBLEDAY LLC (check one):

3              _____          **NOT GUILTY**
4                 X            **GUILTY**
5    of Count Thirteen of the Indictment.

6

7    We, the jury in the above-captioned case, unanimously find
8    defendant VON KARMAN - MAIN STREET LLC (check one):

9              _____          **NOT GUILTY**
10                X            **GUILTY**
11   of Count Thirteen of the Indictment.

12

13   We, the jury in the above-captioned case, unanimously find
14   defendant 10681 PRODUCTION AVENUE LLC (check one):

15             _____          **NOT GUILTY**
16                X            **GUILTY**
17   of Count Thirteen of the Indictment.

18

19   [Please proceed to Count Fourteen.]

20

21

22

23

24

25

26

27

28

**COUNT FOURTEEN**: Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 28, 2014 declaring that approximately 1,530 aluminum pallets were not subject to the 2011 AD/CVD Orders.


We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

    \_\_\_\_\_          **NOT GUILTY**

    X          **GUILTY**

of Count Fourteen of the Indictment.


We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

    \_\_\_\_\_          **NOT GUILTY**

    X          **GUILTY**

of Count Fourteen of the Indictment.


We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

    \_\_\_\_\_          **NOT GUILTY**

    X          **GUILTY**

of Count Fourteen of the Indictment.

1    We, the jury in the above-captioned case, unanimously find
2  defendant 1001 DOUBLEDAY LLC (check one):

3                                      **NOT GUILTY**

4                    X               **GUILTY**

5  of Count Fourteen of the Indictment.

6

7    We, the jury in the above-captioned case, unanimously find
8  defendant VON KARMAN - MAIN STREET LLC (check one):

9                                      **NOT GUILTY**

10                   X               **GUILTY**

11 of Count Fourteen of the Indictment.

12

13   We, the jury in the above-captioned case, unanimously find
14 defendant 10681 PRODUCTION AVENUE LLC (check one):

15                                     **NOT GUILTY**

16                   X               **GUILTY**

17 of Count Fourteen of the Indictment.

18

19   [Please proceed to Count Fifteen.]

29

**COUNT FIFTEEN**: Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 30, 2014 declaring that approximately 10,584 aluminum pallets were not subject to the 2011 AD/CVD Orders.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

 _____  **NOT GUILTY**

  X  **GUILTY**

of Count Fifteen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

 _____  **NOT GUILTY**

  X  **GUILTY**

of Count Fifteen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

 _____  **NOT GUILTY**

  X  **GUILTY**

of Count Fifteen of the Indictment.

1      We, the jury in the above-captioned case, unanimously find

2  defendant 1001 DOUBLEDAY LLC (check one):

3                    _____          **NOT GUILTY**

4                    ___X___          **GUILTY**

5  of Count Fifteen of the Indictment.

6

7      We, the jury in the above-captioned case, unanimously find

8  defendant VON KARMAN - MAIN STREET LLC (check one):

9                    _____          **NOT GUILTY**

10                   ___X___          **GUILTY**

11  of Count Fifteen of the Indictment.

12

13     We, the jury in the above-captioned case, unanimously find

14  defendant 10681 PRODUCTION AVENUE LLC (check one):

15                   _____          **NOT GUILTY**

16                   ___X___          **GUILTY**

17  of Count Fifteen of the Indictment.

18

19     [Please proceed to Count Sixteen.]

20

21

22

23

24

25

26

27

28

**COUNT SIXTEEN**: **Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about June 6, 2014 declaring that approximately 6,048 aluminum pallets were not subject to the 2011 AD/CVD Orders.**

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

_____          **NOT GUILTY**

X          **GUILTY**

of Count Sixteen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

_____          **NOT GUILTY**

X          **GUILTY**

of Count Sixteen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

_____          **NOT GUILTY**

X          **GUILTY**

of Count Sixteen of the Indictment.

32

We, the jury in the above-captioned case, unanimously find defendant 1001 DOUBLEDAY LLC (check one):

_____     **NOT GUILTY**

X     **GUILTY**

of Count Sixteen of the Indictment.


We, the jury in the above-captioned case, unanimously find defendant VON KARMAN — MAIN STREET LLC (check one):

_____     **NOT GUILTY**

X     **GUILTY**

of Count Sixteen of the Indictment.


We, the jury in the above-captioned case, unanimously find defendant 10681 PRODUCTION AVENUE LLC (check one):

_____     **NOT GUILTY**

X     **GUILTY**

of Count Sixteen of the Indictment.


[Please proceed to Count Seventeen.]

**COUNT SEVENTEEN**: Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about June 27, 2014 declaring that approximately 10,080 aluminum pallets were not subject to the 2011 AD/CVD Orders.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

          \_\_\_\_         **NOT GUILTY**

          X         **GUILTY**

of Count Seventeen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

          \_\_\_\_         **NOT GUILTY**

          X         **GUILTY**

of Count Seventeen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

          \_\_\_\_         **NOT GUILTY**

          X         **GUILTY**

of Count Seventeen of the Indictment.

1   We, the jury in the above-captioned case, unanimously find

2 defendant 1001 DOUBLEDAY LLC (check one):

3      \_\_\_\_    **NOT GUILTY**

4      X    **GUILTY**

5 of Count Seventeen of the Indictment.

6

7   We, the jury in the above-captioned case, unanimously find

8 defendant VON KARMAN - MAIN STREET LLC (check one):

9      \_\_\_\_    **NOT GUILTY**

10      X    **GUILTY**

11 of Count Seventeen of the Indictment.

12

13   We, the jury in the above-captioned case, unanimously find

14 defendant 10681 PRODUCTION AVENUE LLC (check one):

15      \_\_\_\_    **NOT GUILTY**

16      X    **GUILTY**

17 of Count Seventeen of the Indictment.

18

19   [Please proceed to Count Eighteen.]

20

21

22

23

24

25

26

27

28

1   **COUNT EIGHTEEN**: International Money Laundering, in violation of 18

2   U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire

3   transfer of approximately $999,975 sent on or about June 5, 2014 to

4   Peng Cheng Aluminum from an account in the name of Rainbow Bright

5   Inc. Limited.

6

7       We, the jury in the above-captioned case, unanimously find

8   defendant PERFECTUS ALUMINIUM INC.(check one):

9                _____        **NOT GUILTY**

10                __X__         **GUILTY**

11   of Count Eighteen of the Indictment.

12

13       We, the jury in the above-captioned case, unanimously find

14   defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

15                _____        **NOT GUILTY**

16                __X__         **GUILTY**

17   of Count Eighteen of the Indictment.

18

19       [Please proceed to Count Nineteen.]

**COUNT NINETEEN**: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $989,975 sent on or about July 3, 2014 to Peng Cheng Aluminum from an account in the name of Rainbow Bright Inc. Limited.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

           _____          **NOT GUILTY**

           __X__           **GUILTY**

of Count Nineteen of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

           _____          **NOT GUILTY**

           __X__           **GUILTY**

of Count Nineteen of the Indictment.

[Please proceed to Count Twenty.]

37

1   **COUNT TWENTY**: International Money Laundering, in violation of 18

2   U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with money wire

3   transfer of approximately $1,539,975 sent on or about July 16, 2014

4   to Peng Cheng Aluminum from an account in the name of Grand Famous

5   Trading Limited.

6

7        We, the jury in the above-captioned case, unanimously find

8   defendant PERFECTUS ALUMINIUM INC.(check one):

9                                    **NOT GUILTY**

10       _____X_____              **GUILTY**

11  of Count Twenty of the Indictment.

12

13       We, the jury in the above-captioned case, unanimously find

14  defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

15                                   **NOT GUILTY**

16       _____X_____              **GUILTY**

17  of Count Twenty of the Indictment.

18

19       [Please proceed to Count Twenty-One.]

20

21

22

23

24

25

26

27

28

                                    38

**COUNT TWENTY-ONE**: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $1,699,975 sent on or about July 25, 2014 to Peng Cheng Aluminum from an account in the name of Grand Famous Trading Limited.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC. (check one):

                         \_\_\_\_\_               **NOT GUILTY**

                           X                 **GUILTY**

of Count Twenty-One of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

                         \_\_\_\_\_               **NOT GUILTY**

                           X                 **GUILTY**

of Count Twenty-One of the Indictment.

[Please proceed to Count Twenty-Two.]

**COUNT TWENTY-TWO**: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $599,975 sent on or about August 5, 2014 to Peng Cheng Aluminum from an account in the name of Kun Hong Trade Co. Limited.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

                          _____          **NOT GUILTY**

                          __X__           **GUILTY**

of Count Twenty-Two of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

                          _____          **NOT GUILTY**

                          __X__           **GUILTY**

of Count Twenty-Two of the Indictment.

[Please proceed to Count Twenty-Three.]

40

**COUNT TWENTY-THREE**: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $3,099,975 sent on or about August 5, 2014 to Peng Cheng Aluminum from an account in the name of Kun Hong Trade Co. Limited.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

                    _____           **NOT GUILTY**

                      X           **GUILTY**

of Count Twenty-Three of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

                    _____           **NOT GUILTY**

                      X           **GUILTY**

of Count Twenty-Three of the Indictment.

[Please proceed to Count Twenty-Four.]

**COUNT TWENTY-FOUR**: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $1,299,975 sent on or about October 17, 2014 to Peng Cheng Aluminum from an account in the name of Easy Able International (HK).

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINIUM INC.(check one):

_____                     **NOT GUILTY**

  X                        **GUILTY**

of Count Twenty-Four of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

_____                     **NOT GUILTY**

  X                        **GUILTY**

of Count Twenty-Four of the Indictment.

**The foreperson should now sign and date this verdict form.**

REDACTED

FOREPERSON OF THE JURY

DATED: August 23, 2021, at Los Angeles, California.

42