Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
A. Alexander Lowder (SBN 269362)
*alowder@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:   (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Defendants
SCUDERIA DEVELOPMENT, LLC,
1001 DOUBLEDAY, LLC,
VON KARMAN - MAIN STREET, LLC,
and 10681 PRODUCTION AVENUE,
LLC

ROBERT F. RUYAK *(Pro Hac Vice)*
*robertr@ruyakcherian.com*
**RUYAKCHERIAN LLP**
1901 L Street NW, Suite 700
Washington, DC  20036
Telephone:  202-838-1560

Attorneys for Defendants
PERFECTUS ALUMINIUM INC.,
aka "Perfectus Aluminum Inc.," and
PERFECTUS ALUMINUM ACQUISITIONS LLC

NOTE CHANGES MADE BY
THE COURT

cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-00282 RGK |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| vs. | *[Filed concurrently with Joint Stipulation to Continue Sentencing Date]* |
| ZHONGTIAN LIU,<br>        aka "Liu Zhongtian,"<br>        aka "Chairman,"<br>        aka "Uncle Liu,"<br>        aka "UL,"<br>        aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS<br>LIMITED,<br>        aka "ZW,"<br>        aka "Mother Ship,"<br><br>ZHAOHUA CHEN,<br>        aka "Chen Zhaohua." | |

1
            aka "Uncle Chen,"
XIANG CHUN SHAO,
2          aka "Johnson Shao,"
PERFECTUS ALUMINIUM, INC.,
3          aka Perfectus Aluminum Inc.,"
PERFECTUS ALUMINUM
4  ACQUISITIONS, LLC,
SCUDERIA DEVELOPMENT, LLC,
5  1001 DOUBLEDAY, LLC,
VON KARMAN - MAIN STREET,
6  LLC, and
10681 PRODUCTION AVENUE, LLC,
7
            Defendants.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2       IT IS HEREBY ORDERED that the sentencing hearing in this matter is

3 continued to ~~March 28, 2022~~, APRIL 11, 2022 at 1:30 p.m.

4       IT IS ORDERED that defendants Scuderia Development, LLC, 1001

5 Doubleday, LLC, Von Karman - Main Street, LLC, and 10681 Production Avenue,

6 LLC (the "Warehouse Defendants"), and Perfectus Aluminum, Inc., and Perfectus

7 Aluminum Acquisitions, LLC (the "Perfectus Defendants") and collectively

8 "Defendants," and all persons in active concert with them who receive notice of this

9 Order, including, but not limited to, their agents, representatives, employees,

10 attorneys, parent companies, subsidiaries, owners, and their assigns are hereby

11 ENJOINED and RESTRAINED from transferring, selling, assigning, pledging,

12 distributing, giving away, encumbering, or otherwise participating in the disposal or

13 removal from the jurisdiction of this Court of Defendants' assets (*i.e.*, "property or

14 rights to property," *see* 18 U.S.C. § 3613(a)), or taking any action of causing any

15 action to be taken that might depreciate, damage, or diminish the value of

16 Defendants' property or rights to property for the period of time from the date of the

17 order until 30 days beyond the sentencing hearing in this matter.  For purposes of

18 this Order, Defendants' assets includes, but are not limited to, the warehouse

19 properties owned by 1001 Doubleday, LLC (Ontario), Scuderia Development, LLC

20 (Riverside), 10681 Production Avenue (Fontana), and Von Karman – Main Street,

21 LLC (Irvine) and the 279,808 aluminum items seized by the government.

22 Defendants and their counsel shall promptly provide actual notice to any person who

23 has the authority (actual or apparent) of this Order and its terms.

24 ///

25 ///

26 ///

27 ///

28 ///

LARSON LLP
LOS ANGELES

3

1    IT IS FURTHER ORDERED that the parties shall file their Objections to the

2  Pre-Sentence Report by no later than February 28, 2022, and the parties shall file

3  their Positions Re: Sentencing as well as any Responses to Objections to the Pre-

4  Sentence Report by no later than March 14, 2022.

5

6    **IT IS SO ORDERED.**

7

8  DATED:  February 4, 2022

9

10  _____

11  HONORABLE R. GARY KLAUSNER
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON LLP
LOS ANGELES

[PROPOSED] ORDER