# Exhibit 401

## Perfectus Aluminium Weekly Operation Report
### Date: 7/27/15 - 7/31/15

### Cash Balance

| # | Account | Balance |
|---|---------|---------|
| 1 | #2058 | 833,128.91 |
| 2 | #5209 | 100,802.94 |
| 3 | #5353 | 28,725.27 |
| 4 | #6470 | 102,154.28 |
| 5 | #6992 | 202,952.20 |
| 6 | #7955 | 13,580.25 |
| 7 | #9191 | 93,989.93 |
| 8 | #4950 | 179,881.14 |
| 9 | #5221 | 730,388.63 |
| 10 | #6469 | 302,612.79 |
|  | **Total Balance** | **2,588,216.34** |

### Customer Deposits

| Customers | Amount |
|-----------|--------|
| PCA | 2,302.12 |
| Transport Aluminum | 126,791.19 |
| Perfectus | 116,671.52 |
| **Total Deposit:** | **245,764.83** |

| MTD Deposits | |
|---|---|
| | 1,392,778.11 |

| YTD Deposits | |
|---|---|
| | 6,961,970.44 |

### Inventory Balance

| # | Inventory Type | Dollars | Ton | Pounds (lbs.) |
|---|----------------|---------|-----|---------------|
| 1 | Pallet (Medium Weight) | 17,193,534.86 | 1,849.07 | 4,075,346.37 |
| 2 | Pallet (Heavy Weight) | 82,373,013.52 | 8,537.54 | 18,816,741.01 |
| 3 | Pallet (Double Heavy Weight) | 571,755,726.17 | 124,648.96 | 274,726,305.14 |
| 4 | Profile (Feedstock) | 329,853.19 | 61.03 | 134,516.15 |
| 5 | Profile (Special Order) | 7,123,993.58 | 1,473.38 | 3,247,335.85 |
| 6 | Raw Material All Warehouses | 822,199,423.52 | 300,360.14 | 661,993,759.06 |
|   | **Total Balance** | **1,500,975,544.84** | **436,930.13** | **962,994,003.58** |
| 7 | Additional Inventory (Tarp) | $914,401.08 | | 323,486.87 | Non-Aluminum Item |

### Accounts Receivable Aging and Customer Billing

| AR TOTAL | Current | 31 to 60 Days | 61 to 90 Days | Over 90 Days |
|----------|---------|---------------|---------------|--------------|
| 497,480.49 | 391,677.64 | 150,894.23 | 1,469.00 | (46,560.38) |

### Customer Billing

| | Amount |
|---|---|
| Invoices | 136,268.08 |
| Adjustments | - |
| **Total Customer Billing** | **136,268.08** |

| MTD Invoices | |
|---|---|
| Gross | 289,326.20 |

| YTD Invoices | |
|---|---|
| Gross | 6,055,519.34 |

### Accounts Payable

| Description | Amount |
|-------------|--------|
| Payable to Vietnam | |
| Payable to China | 514,116,686.63 |
| Payable to other Vendors | 953,068.63 |
| **Total Accounts Payable** | **515,069,755.26** |

### Loan Payable

| Total Loan Payable | 1,283,995,616.09 |
|---|---|

### Incoming Shipments

| | Pending Orders | | Orders in Transit | |
|---|---|---|---|---|
| | China | Vietnam | China | Vietnam |
| Dollars | 620,028.25 | 194,873.72 | 275,107.50 | - |
| Pounds | 445,291.26 | 167,226.00 | 198,129.30 | - |

CONFIDENTIAL

Perfectus1032490
USAO_00847299

Exhibit 401
1 of 1