# Exhibit 406

Message

| | |
|---|---|
| **From:** | Jannie Zhong [ ███████████ ] |
| **Sent:** | 9/16/2015 3:28:32 PM |
| **To:** | 'Mark Li' [ ███████ ] |
| **Subject:** | PA Balance Sheet |
| **Attachments:** | PAI P & L June 2015 Adjusted.xls; PAI Balance Sheet June 2015 Adjusted.xls |

**Best Regards,**
**Jannie Zhong**

**Perfectus Aluminium Inc.**
**Tel:** ███████
**Email:** ███████████

Perfectus1059564
USAO_00874373

Exhibit 406
1 of 4

## Perfectus Aluminium Inc (7)
## Balance Sheet
### As of June 30, 2015

|  | June 30, 15 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Total Checking/Savings** | 1,890,786.16 |
| | |
| **Accounts Receivable** | |
| 1200000 · Accounts Receivable | 1,423,315.90 |
| | |
| **Other Current Assets** | |
| 1200200 · Inventory - Custom & Duty | 26,350,332.38 |
| 1200300 · Inventory - Freight In | 4,683,691.97 |
| 1200100 · Inventory Asset | 1,503,577,035.25 |
| **Total Other Current Assets** | 1,534,611,059.60 |
| | |
| **Total Current Assets** | 1,537,925,161.66 |
| | |
| **Other Assets** | |
| 1403000 · Loan receivable | 10,945,872.48 |
| 1560000 · AP Purchase & Prepaid Expense | 2,121,400.00 |
| 1408000 · Money Transfer - Perfectus | <span style="color:red">12,064,427.64</span> |
| 1400300 · Investment in Signature(Canada) | 42,944,647.43 |
| 1400500 · Investment in AluminShapes (NJ) | 139,109,962.50 |
| **Total Other Assets** | 207,186,310.05 |
| | |
| **Fixed Assets** | |
| 1705500 · Accum. Depreciation | (561,840.50) |
| 1705000 · Truck/Computer/Furniture/Warehouse Equip. | 916,393.87 |
| **Total Fixed Assets** | 354,553.37 |
| | |
| **TOTAL ASSETS** | **1,745,466,025.08** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Total Accounts Payable** | 527,487,742.58 |
| **Total Loan Payable** | 1,296,136,599.79 |
| | |
| **Total Liabilities** | 1,823,624,342.37 |
| | |
| **Equity** | |
| 3200000 · Additional Paid in Captial | 2,000,000.00 |
| 3101000 · Captial Stock | 1,410,000.00 |
| **Retained Earnings** | (80,190,120.71) |
| **Net Income** | (1,378,196.58) |
| **Total Equity** | (78,158,317.29) |
| | |
| **TOTAL LIABILITIES & EQUITY** | **1,745,466,025.08** |

USAO_00874374

Exhibit 406
2 of 4

11:59 AM
07/20/15
Accrual Basis

## Perfectus Aluminium Inc (7)
## Profit & Loss
### April through June 2015

|                                                      | Apr - Jun 15    |
|------------------------------------------------------|-----------------|
| **Ordinary Income/Expense**                          |                 |
| **Income**                                           |                 |
| 4010001 · Sales Extrusion                            | 3,230,988.60    |
| 4080000 · Trucking Fee                               | 625.00          |
| 4050000 · Sales Adjusments (Invoice Cor              | -2,265.40       |
| 4090000 · Damaged Goods                              | -22,189.24      |
| **Total Income**                                     | **3,207,158.96**|
|                                                      |                 |
| **Cost of Goods Sold**                               |                 |
| Inventory Adjustment                                 | 26,392.55       |
| 5010000 · Cost of Goods Sold                         | 2,756,176.90    |
| 5101000 · Freight In                                 | 34,972.53       |
| 5102000 · Customs & Duties                           | 25,340.38       |
| Total COGS                                           | 2,842,882.36    |
|                                                      |                 |
| **Gross Profit**                                     | **364,276.60**  |
|                                                      |                 |
| **Expense**                                          |                 |
| 5030000 · Wood Pallet                                | 6,838.68        |
| 5201000 · Freight Out                                | 13,911.00       |
| 5109000 · Bundle Storage Fees                        | 15,949.62       |
| 5301000 · Commissions Paid                           | 12,121.24       |
| 6010010 · Salaries & Wages                           | 295,228.31      |
| 6040000 · Bank Service Charges                       | 453.34          |
| 6110000 · Payroll Taxes - FICA                       | 26,310.53       |
| 6130010 · Payroll Tax - SUI & ETT                    | 11,360.07       |
| 7002000 · Advertising                                | 1,181.40        |
| 7022000 · Auto Expense                               | 10,312.98       |
| 7042000 · Computer Supplies & Expenses               | 2,337.01        |
| 7067000 · Depreciation - Truck/F&F/Equipm            | 17,424.75       |
| 7073000 · Equipment Rental                           | 14,475.93       |
| 7081000 · Insurance - Health/Vision/Dental/Workers C | 72,735.92       |
| 7090000 · Legal/Profess. Fee/License                 | 100,086.44      |
| 7130000 · Membership Fee                             | 4,364.10        |
| 7180000 · Moving Expense                             |                 |
| 7180010 · Moving - Freight Out                       | 120,575.00      |
| 7180015 · Moving - Outside Service                   | 79,994.66       |
| 7180000 · Moving Expense - Other                     | 20,008.63       |
| 7201000 · Office Expense                             | 24,177.54       |
| 7210000 · Outside Services                           | 21,449.16       |
| 7320000 · Sales Taxes                                | 300.00          |
| 7322010 · Sample                                     | 7,913.80        |
| 7321000 · Security & Fire Alarm System               | 105,972.00      |
| 7401000 · Travel - Hotel/Airticket/Meals/Car Retental| 47,391.34       |
| 7501000 · Utilities - Electric/Water/Gas/Trash       | 16,438.75       |
| 7610000 · Warehouse supplies/Expenses                | 31,967.14       |
| **Total Expense**                                    | **1,060,529.66**|
|                                                      |                 |
| **Net Ordinary Income**                              | **-696,253.06** |

**11:59 AM**
**07/20/15**
**Accrual Basis**

**Perfectus Aluminium Inc (7)**
**Profit & Loss**
**April through June 2015**

|  | Apr - Jun 15 |
|---|---|
| **Other Income/Expense** | |
| Other Income | |
| 8100000 · Interest Income | 782.99 |
| 8000000 · Miscellaneou income | 5,849.12 |
| **Total Other Income** | 6,632.11 |
| | |
| Other Expense | |
| 9100000 · State Income Tax | 1,000.00 |
| **Total Other Expense** | 1,000.00 |
| | |
| Net Other Income | 5,632.11 |
| | |
| **Net Income** | **-690,620.95** |

Exhibit 406
4 of 4