| United States v. Zhongtian Liu et al., 19-282-RGK<br>Loss to institutional investors who held common stock in China Zhongwang Holdings Limited as of June 30, 2015 ||||
|---|---|---|---|
| Victim | Address | Outstanding shares (June 30, 2015) | Victim loss |
| Dimensional Fund Advisors LP | 1299 Ocean Avenue, Santa Monica, CA 90401 | 48,504,451 | $1,940,178 |
| The Vanguard Group Inc. | 100 Vanguard Boulevard, Malvern, PA 19355 | 39,489,981 | $1,579,599 |
| Norges Bank Investment Management | 505 Fifth Avenue, 20th Floor, New York, NY 10017 | 19,694,921 | $787,797 |
| Quoniam Asset Management GmbH | Westthafen Tower, Westhafenpl. 1, 60327 Frankfurt am Main, Germany | 12,813,764 | $512,551 |
| Hua An Fund Management Co. Limited | 31F Phase 2 Shanghai IFC, 8 Century Avenue Pudong District Shanghai, China 200120 | 9,821,600 | $392,864 |
| AXA Investment Managers SA | Paris HQ Tour Majunga - La Défense 9., 6, Place de la Pyramide, Puteaux, 92800, France | 1,826,198 | $73,048 |
| Charles Schwab Investment Management Inc. | 211 Main Street, San Francisco, CA 94105 | 1,705,169 | $68,207 |
| State Street Global Advisors Inc. | Channel Center, 1 Iron Street, Boston, MA 02210 | 1,188,468 | $47,539 |
| Russell Investments Limited | 1301 Second Avenue, 18th Floor, Seattle, WA 98101 | 761,600 | $30,464 |
| First Trust Advisors LP | 120 East Liberty Drive, Suite 400, Wheaton, IL 60187 | 587,115 | $23,485 |
| Mirae Asset Global Investments Co. Limited | 625 Madison Avenue, 3rd Floor New York, NY 10022 | 479,000 | $19,160 |
| Legal & General Investment Management Limited | 71 South Wacker Drive, Suite 800, Chicago, IL 60606 | 439,600 | $17,584 |
| Swan Asset Management SA | 610 Millers Hillkennett Square, PA 19348 | 400,000 | $16,000 |
| Simplicity AB | Södra Hamnvägen 12, S-432 44 Varberg, Sweden | 280,000 | $11,200 |
| Global X Management Company LLC | 605 3rd Avenue FL 43, New York, NY, 10158-0015 | 186,708 | $7,468 |
| Geode Capital Management LLC | 100 Summer Street, 12th Floor, Boston, MA 02110 | 178,822 | $7,153 |
| Goldman Sachs Asset Management LP | 200 West Street, New York, NY 10282 | 178,400 | $7,136 |
| Hang Seng Investment Management Limited | 9/F, 83 Des Voeux Road Central, Hong Kong | 122,800 | $4,912 |
| HSBC Global Asset Management (UK) Limited | 452 Fifth Avenue, New York, NY 10018 | 95,473 | $3,819 |
| Mitsubishi UFJ Kokusai Asset Management Co. Limited | Shin-Yurakucho Building, 1-12-1 Yurakucho, Chiyoda-ku, Tokyo, Japan | 79,600 | $3,184 |
| Guggenheim Partners LLC | Primary 330 Madison Avenue, New York, NY 10017 | 77,999 | $3,120 |
| Eaton Vance Management | 2 International Place, Boston, MA 02110 | 74,798 | $2,992 |
| Mellon Investments Corporation | 240 Greenwich Street, New York, NY 10007 | 70,800 | $2,832 |
| Blackrock Inc. | 400 Howard Street San Francisco, CA 94105 | 52,800 | $2,112 |
| Philadelphia International Advisors LP | 1650 Arch Street, Suite 2501, Philadelphia, PA 19103 | 36,000 | $1,440 |
| Northern Trust Global Investments | 300 Atlantic Street, Suite 400, Stamford, CT 06901 | 28,861 | $1,154 |
| Checchi Capital Advisers LLC | 9720 Wilshire Boulevard, Beverly Hills, CA 90212 | 16,400 | $656 |
| J.P. Morgan Asset Management Inc. | 270 Park Avenue, New York, NY 10017 | 12,000 | $480 |
| | | Total | $5,568,133 |
| | | Total shares | 139,203,328 |
| | | Total loss (all shareholders) | 289,000,000 |
| | | Total loss (victim shareholders)* | 124,270,000 |
| | | Loss per share during suspension period (USD) | 0.04 |
| | | *Victims owned 43 percent of outstanding shares | |

Government's Sentencing Exhibit 1