TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
GREGORY D. BERNSTEIN (Cal. Bar No. 299204)
Assistant United States Attorneys
Major Frauds Section
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0600/3183
        Facsimile: (213) 894-6269
        E-mail:    roger.hsieh@usdoj.gov
                   gregory.bernstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | VALUATION OF WAREHOUSES BY COMMERCIAL REAL ESTATE COMPANIES; DECLARATION OF ROGER A. HSIEH; EXHIBIT |
| v. | |
| ZHONGTIAN LIU, | **Sentencing Date:** April 11, 2022 |
| aka "Liu Zhongtian," aka "Chairman," | **Sentencing Time:** 1:30 p.m. |
| aka "Uncle Liu," aka "UL," | **Location:**        Hon. R. Gary Klausner, Roybal 850 |
| aka "Big Boss," CHINA ZHONGWANG HOLDINGS LIMITED, aka "ZW," aka "Mother Ship," ZHAOHUA CHEN, aka "Chen Zhaohua," aka "Uncle Chen," XIANG CHUN SHAO, aka "Johnson Shao," PERFECTUS ALUMINIUM INC., aka "Perfectus Aluminum Inc.," PERFECTUS ALUMINUM ACQUISITIONS, LLC, SCUDERIA DEVELOPMENT, LLC, 1001 DOUBLEDAY, LLC, VON KARMAN – MAIN STREET, LLC, and | |

10681 PRODUCTION AVENUE, LLC,

     Defendants.

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Roger A. Hsieh and Gregory D. Bernstein, hereby submits the valuation of the four warehouses owned by the Warehouse defendants.

Dated: March 29, 2022         Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


                /s/
ROGER A. HSIEH
GREGORY D. BERNSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**<u>Valuation of Four Warehouses Owned by the Warehouse Defendants</u>**

The United States Probation Office issued Presentence Investigation Reports for defendants Scuderia Development LLC ("Scuderia", Dkt. 335 ¶ 80), 1001 Doubleday LLC ("Doubleday", Dkt. 336 ¶ 80), Von Karman-Main Street LLC ("Main Street", Dkt. 337 ¶ 79), and 10681 Production Avenue LLC ("Production Avenue", Dkt. 338 ¶ 79, together with Scuderia, Doubleday, and Main Street, the "Warehouse defendants"), listing the tax-assessed values of the four warehouses owed by each respective Warehouse defendant.

A March 2022 assessment conducted by an Executive Vice President of a commercial real estate company estimated the value of the four warehouses owned by the Warehouse defendants to be between <u>$909 million</u> and <u>$1.027 billion</u> (Valuation #1).  Another commercial real estate company estimated the value of the four warehouses at over <u>$994 million</u> (Valuation #2):

| <u>Defendant</u> | <u>Warehouse</u> | <u>Valuation # 1</u> | <u>Valuation # 2</u> |
|---|---|---|---|
| Production Avenue | Fontana Warehouse | $440 million – $495 million | $495.828 million |
| Scuderia | Riverside Warehouse | $225 million – $255 million | $210.436 million |
| Doubleday | Ontario Warehouse | $147 million – $167 million | $176.903 million |
| Main Street | Irvine Warehouse | $97  million – $110 million | $110.861 million |
| | **<u>Total</u>** | **$909 million – $1.027 Billion** | **$994.028 million** |

1

**DECLARATION OF ROGER A. HSIEH**

I, Roger A. Hsieh, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in United States v. Zhongtian Liu, et al.

2.   In March 2022, I understand that an Executive Vice President of Voit Real Estate Services completed valuation reports of the four warehouses as reflected in "Valuation # 1" above.

3.   Attached hereto as **Exhibit 1** is what I understand to be true and correct copies of the March 2022 valuation reports compiled by Voit Real Estate Services.

4.   In March 2022, I understand that Colliers, a separate commercial real estate company, provided an estimate of the valuation of the four warehouses at issue in this case as reflected in "Valuation # 2" above, using the following calculations:

a.   Fontana Warehouse - $450/per square foot x 1,101,840 square feet = $495,828,000;

b.   Riverside Warehouse - $350/per square foot x 601,246 square feet = $210,436,100;

c.   Ontario Warehouse - $450/per square foot x 393,118 square feet = $176,903,100; and

d.   Irvine Warehouse - $425/per square foot x 260,850 square feet = $110,861,250.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 29, 2022, at Los Angeles, California.

ROGER A. HSIEH

2