## Commercial Broker Price Opinion-Desktop

| **PROPERTY ADDRESS:** | 14600 Innovation Dr, Riverside, CA 92518 Riverside County  apn#297-230-031 | | |
|---|---|---|---|
| **REO #:** | | **BORROWER:** | Scuderia Dev |
| **Most Recent Listing History** | **From** | **To** | |

**PROPERTY SIZE**: 600,000 sf  **AGE:** 2013  **CONDTION:** Avg/Good  **SITE SIZE**: 26.89 acres  **TYPE:** Industrial office/warehouse

**.       GENERAL MARKET CONDITIONS**

| Current market condition: | ☐ Depressed | ☐ Slow | ☒ Stable | ☐ Improving | ☐ Excellent |
|---|---|---|---|---|---|

### II.   SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 180 | days. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ excellent | | ☒ good | | ☐ fair | | ☐ poor. | |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) | | | ☒ Commercial | |

### III.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | | COMPARABLE NO. 2 | | | | COMPARABLE NO. 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 14600 Innovation Dr | 2245 W Valley Blvd | | | 1003 E Brier Rd | | | | 1251 E Dyer Rd | | | |
| Proximity to Subj. | | Colton, CA | | | San Bernardino, CA | | | | Santa Ana, CA | | | |
| Current Price $ | | $21,000,000 | | | $39,000,000 | | | | $29,000,000 | | | |
| List Date /DOM | | 12/13/21 | | | 1/31/22 | | | | 3/14/22 | | | |
| Lot Size | 26.89. ac | 22.87 ac | | | 14.5 ac | | | | 4.18 ac ac | | | |
| Room Count | Total / Bdms / Baths | Total | Bdms | Baths | Total | Bdms | Baths | | Total | Bdms | Baths | |
| Room Count | | | | | | | | | | | | |
| Gross Living Area | 600,000 sf | 126,640 sf | | | 280,173 sf | | | | 82,871 sf | | | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|
| COMP #1: |
| COMP #2: |
| COMP #3: |

### IV.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | | COMPARABLE NO. 2 | | | | COMPARABLE NO. 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 14600 Innovation Dr | 17900 Von Karman Ave | | | 1242 E 7th St | | | | 1431-1441 W 2nd St | | | |
| Proximity to Subj. | | Irvine, CA | | | Upland, CA | | | | Pomana, CA | | | |
| List Price $ | | $24,800,000 | | | $12,000,000 | | | | $9,500,000 | | | |
| List Date /DOM | | 4/16/21 | | | 1/29/15 | | | | 8/24/21 | | | |
| Lot Size | 26.89. ac | 105.28 ac | | | 7. ac | | | | 2.25 ac | | | |
| Room Count | Total / Bdms / Baths | Total | Bdms | Baths | Total | Bdms | Baths | | Total | Bdms | Baths | |
| Room Count | | | | | | | | | | | | |
| Gross Living Area | 600,000 sf | 70,964 sf sf | | | 65,520 sf | | | | 63,000 sf | | | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|
| COMP #1: |
| COMP #2: |
| COMP #3: |

### V.   ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

**VI.   THE MARKET VALUE** must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | Broker Recommends Marketing Either | |
|---|---|---|---|---|---|
| As Is | $ 225,000,000.00 | $ | Conv ☐  FHA/VA ☐  Other ☐ | As Is | ☒ OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | Repairs | ☐ |

Subject is a very nice Building class (A) office/warehouse/manufacture building in a good central location to major highways. Current market for this type of property is increasing. The subject has 32 foot clear height, 93 truck dock spaces/2 ground level.  Potential buyers would be owner operated or investor with multiple tenets. Current estimated market value would be $375 psf - $425 psf or $225,000,000 - $255,000,000

This is not an appraisal, but an estimated opinion of the subject's current market value.

C.A.M.S.                                                                                                                    3/23/2022
             Agent's Signature                                                                                    Date

Exhibit 1 - Riverside Warehouse

MLS PHOTOS:

COMP #1

COMP #2


COMP #3


COMP #4

COMP #5


COMP #6


Exhibit 1 - Riverside Warehouse

SUBJECT: photos from mls







Exhibit 1 - Riverside Warehouse

## Commercial Broker Price Opinion-Desktop

| **PROPERTY ADDRESS:** | 2323 Main St, Irvine, CA 92614 Orange County  apn#435-151-61 | | |
|---|---|---|---|
| **REO #:** | | **BORROWER:** | Von Karman-Main Street LLC |
| **Most Recent Listing History** | From | To | |

**PROPERTY SIZE**: 260,850 sf  **AGE**: 1972  **CONDTION**: Avg  **SITE SIZE**: 9.78 acres  **TYPE:** Industrial office/warehouse

**.      GENERAL MARKET CONDITIONS**

| Current market condition: | ☐ Depressed | ☐ Slow | ☒ Stable | ☐ Improving | ☐ Excellent |
|---|---|---|---|---|---|

### II.    SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 180 | days. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ | excellent | ☒ | good | ☐ | fair | ☐ | poor. |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) | | | ☒ Commercial | |

### III.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 2323 Main St | 2245 W Valley Blvd | 1003 E Brier Rd | 1251 E Dyer Rd |
| Proximity to Subj. | | Colton, CA | San Bernardino, CA | Santa Ana, CA |
| Current Price $ | | $21,000,000 | $39,000,000 | $29,000,000 |
| List Date /DOM | | 12/13/21 | 1/31/22 | 3/14/22 |
| Lot Size | 9.78. ac | 22.87 ac | 14.5 ac | 4.18 ac ac |
| Room Count | Total / Bdms / Baths | Total / Bdms / Baths | Total / Bdms / Baths | Total / Bdms / Baths |
| Room Count | | | | |
| Gross Living Area | 260,850 sf | 126,640 sf | 280,173 sf | 82,871 sf |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|
| COMP #1: |
| COMP #2: |
| COMP #3: |

### IV.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 2323 Main St | 17900 Von Karman Ave | 1242 E 7th St | 1431-1441 W 2nd St |
| Proximity to Subj. | | Irvine, CA | Upland, CA | Pomana, CA |
| List Price $ | | $24,800,000 | $12,000,000 | $9,500,000 |
| List Date /DOM | | 4/16/21 | 1/29/15 | 8/24/21 |
| Lot Size | 9.78 ac | 105.28 ac | 7. ac | 2.25 ac |
| Room Count | Total / Bdms / Baths | Total / Bdms / Baths | Total / Bdms / Baths | Total / Bdms / Baths |
| Room Count | | | | |
| Gross Living Area | 260,850 sf | 70,964 sf sf | 65,520 sf | 63,000 sf |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|
| COMP #1: |
| COMP #2: |
| COMP #3: |

### V.    ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

**VI.    THE MARKET VALUE** must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | Broker Recommends Marketing Either | |
|---|---|---|---|---|---|
| As Is | $ 97,000,000.00 | $ | Conv ☐  FHA/VA ☐  Other ☐ | As Is ☒ | OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | Repairs ☐ | |

Subject is a very nice Building class (B) office/warehouse/manufacture building in a good central location to major highways. Current market for this type of property is increasing. The subject has 24 foot clear height, 19 truck dock spaces/5 ground level.  Potential buyers would be owner operated or investor with multiple tenets. Current estimated market value would be $375 psf - $425 psf or $97,000,000 - $110,000,000

This is not an appraisal, but an estimated opinion of the subject's current market value.

C.A.M.S.                                                                                     3/23/2022
             Agent's Signature                                                               Date

Exhibit 1 - Irvine Warehouse

MLS PHOTOS:

COMP #1

COMP #2

COMP #3

COMP #4

COMP #5

COMP #6

Exhibit 1 - Irvine Warehouse

SUBJECT: photos from mls



Exhibit 1 - Irvine Warehouse

## Commercial Broker Price Opinion-Desktop

| **PROPERTY ADDRESS:** | 10681 Production Ave, Fontana, CA 92337 San Bernardino apn#0255-061-29 | | |
|---|---|---|---|
| **REO #:** | | **BORROWER:** | 10681 Productions, LLC |
| **Most Recent Listing History** | **From** | **To** | |

**PROPERTY SIZE**: 1,101,840 sf  **AGE:** 2006  **CONDTION:** Avg/good  **SITE SIZE**: 45.8 acres  **TYPE:** Industrial office/warehouse
. **GENERAL MARKET CONDITIONS**

| Current market condition: | ☐ Depressed | ☐ Slow | ☒ Stable | ☐ Improving | ☐ Excellent |
|---|---|---|---|---|---|

### II. SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 180 | days. | | | | | |
|---|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ excellent | | ☒ good | | ☐ fair | | ☐ poor. |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) | | | ☒ Commercial |

### III. COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | | COMPARABLE NO. 2 | | | COMPARABLE NO. 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | 10681 Production Ave | 2245 W Valley Blvd | | | 1003 E Brier Rd | | | 15650 EL Prado | | |
| Proximity to Subj. | | Colton, CA | | | San Bernardino, CA | | | Chino CA | | |
| Current Price $ | | $21,000,000 | | | $39,000,000 | | | $9,750,000 | | |
| List Date /DOM | | 12/13/21 | | | 1/31/22 | | | 11/18/21 | | |
| Lot Size | 45.8 ac | 22.87 ac | | | 14.5 ac | | | 1.49 ac | | |
| Room Count | Total / Bdms / Baths | Total | Bdms | Baths | Total | Bdms | Baths | Total | Bdms | Baths |
| Room Count | | | | | | | | | | |
| Gross Living Area | 1,101,840 sf | 126,640 sf | | | 280,173 sf | | | 31,544 sf | | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|
| COMP #1: |
| COMP #2: |
| COMP #3: |

### IV. COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | | COMPARABLE NO. 2 | | | COMPARABLE NO. 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | 10681 Production Ave | 5780 Soestern Ct | | | 1242 E 7th St | | | 1431-1441 W 2nd St | | |
| Proximity to Subj. | | Chino CA | | | Upland, CA | | | Pomana, CA | | |
| List Price $ | | $9,800,000 | | | $12,000,000 | | | $9,500,000 | | |
| List Date /DOM | | 1/19/21 | | | 1/29/15 | | | 8/24/21 | | |
| Lot Size | 45.8 ac | 3.5 ac | | | 7. ac | | | 2.25 ac | | |
| Room Count | Total / Bdms / Baths | Total | Bdms | Baths | Total | Bdms | Baths | Total | Bdms | Baths |
| Room Count | | | | | | | | | | |
| Gross Living Area | 1,101,840 sf | 47,000sf | | | 65,520 sf | | | 63,000 sf | | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|
| COMP #1: |
| COMP #2: |
| COMP #3: |

### V. ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

### VI. THE MARKET VALUE must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | Broker Recommends Marketing Either | |
|---|---|---|---|---|---|
| As Is | $ 440,000,000.00 | $ | Conv ☐ FHA/VA ☐ Other ☐ | As Is ☒ | OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | Repairs ☐ | |

Subject is a very nice Building class (A) office/warehouse/manufacture building in a good central location to major highways. Current market for this type of property is increasing. The subject has 32 foot clear height, 220 truck dock spaces/ 4 ground level. Potential buyers would be owner operated or investor with multiple tenets. Current estimated market value would be $400 psf - $450 psf or $440,000,000 - $495,000,000

This is not an appraisal, but an estimated opinion of the subject's current market value.

C.A.M.S.  3/23/2022
Agent's Signature  Date

Exhibit 1 - Fontana Warehouse

MLS PHOTOS:

COMP #1



COMP #2



COMP #3



COMP #4



COMP #5



COMP #6



Exhibit 1 - Fontana Warehouse

SUBJECT: photos from mls



Exhibit 1 - Fontana Warehouse

## Commercial Broker Price Opinion-Desktop

| **PROPERTY ADDRESS:** | 1001 S Doubleday Ave, Ontario, CA 91761  San Bernardino apn#0211-232-22 | | |
|---|---|---|---|
| **REO #:** | | **BORROWER:** | 1001 Doubleday LLC |
| **Most Recent Listing History** | **From** | **To** | |

**PROPERTY SIZE**: 393,118 sf  **AGE:** 1987  **CONDTION**: Avg  **SITE SIZE**: 16. acres  **TYPE:** Industrial office/warehouse

. **GENERAL MARKET CONDITIONS**

| Current market condition: | ☐ Depressed | ☐ Slow | ☒ Stable | ☐ Improving | ☐ Excellent |
|---|---|---|---|---|---|

**II.   SUBJECT MARKETABILITY**

| Normal marketing time in the area is: | 180 | days. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ | excellent | ☒ | good | ☐ | fair | ☐ | poor. |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) | | | ☒ Commercial | |

**III.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS**

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 1001 S Doubleday Ave | 2245 W Valley Blvd | 1003 E Brier Rd | 15650 EL Prado |
| Proximity to Subj. | | Colton, CA | San Bernardino, CA | Chino CA |
| Current Price $ | | $21,000,000 | $39,000,000 | $9,750,000 |
| List Date /DOM | | 12/13/21 | 1/31/22 | 11/18/21 |
| Lot Size | 16. ac | 22.87 ac | 14.5 ac | 1.49 ac |
| Room Count | Total / Bdms / Baths | Total / Bdms / Baths | Total / Bdms / Baths | Total / Bdms / Baths |
| Room Count | | | | |
| Gross Living Area | 393,118 sf | 126,640 sf | 280,173 sf | 31,544 sf |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|
| COMP #1: |
| COMP #2: |
| COMP #3: |

**IV.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS**

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 1001 S Doubleday Ave | 5780 Soestern Ct | 1242 E 7th St | 1431-1441 W 2nd St |
| Proximity to Subj. | | Chino CA | Upland, CA | Pomana, CA |
| List Price $ | | $9,800,000 | $12,000,000 | $9,500,000 |
| List Date /DOM | | 1/19/21 | 1/29/15 | 8/24/21 |
| Lot Size | 16. ac | 3.5 ac | 7. ac | 2.25 ac |
| Room Count | Total / Bdms / Baths | Total / Bdms / Baths | Total / Bdms / Baths | Total / Bdms / Baths |
| Room Count | | | | |
| Gross Living Area | 393,118 sf | 47,000 sf | 65,520 sf | 63,000 sf |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|
| COMP #1: |
| COMP #2: |
| COMP #3: |

**V.   ESTIMATED CLOSING COSTS / REPAIRS NOTED**

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

**VI.   THE MARKET VALUE** must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | Broker Recommends Marketing Either |
|---|---|---|---|---|
| As Is | $ 147,000,000.00 | $ | Conv ☐  FHA/VA ☐  Other ☐ | As Is ☒    OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | Repairs ☐ |

Subject is a very nice Building class (B) office/warehouse/manufacture building in a good central location to major highways. Current market for this type of property is increasing. The subject has 32 foot clear height, 35 truck dock spaces/ 1 ground level. Potential buyers would be owner operated or investor with multiple tenets. Current estimated market value would be $375 psf - $425 psf or $147,000,000 - $167,000,000

This is not an appraisal, but an estimated opinion of the subject's current market value.

| C.A.M.S. | 3/23/2022 |
|---|---|
| Agent's Signature | Date |

Exhibit 1 - Ontario Warehouse

MLS PHOTOS:

COMP #1



COMP #2



COMP #3



COMP #4



COMP #5



COMP #6



SUBJECT: photos from mls

Exhibit 1 - Ontario Warehouse





Exhibit 1 - Ontario Warehouse